# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICKO LACOSTE <br><br> PLAINTIFF(S) <br><br> v. <br><br> DANIEL KEEM <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> 2:20–cv–02323–RGK–JPR <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 3/10/2020 | 1 | Complaint |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

No Notice of Interested Parties has been filed. A Notice of Interested Parties must be filed with every party's first appearance. See Local Rule 7.1–1. Counsel must file a Notice of Interested Parties immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83–7.

*Other Error(s):*

Clerk, U.S. District Court

Dated: March 12, 2020     By: /s/ *Geneva Hunt  Geneva_Hunt@cacd.uscourts.gov*
                             Deputy Clerk