| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | | CLEAR FORM |
|---|---|---|
| Raoul J. Severo, Esq. [S.B. #78104] <br> Bodine Payne, Esq. [S.B. #328291] <br> Severo, LLP <br> 500 N Brand Blvd, Ste 2350 <br> Glendale, CA 91203 <br> (855) 216-3990 | | |

ATTORNEY(S) FOR: Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| NICKO " ROMEO " LACOSTE, dba THE CALIFORNIA DREAM TATTOO <br> Plaintiff(s), <br> v. <br> DANIEL " KEEMSTAR " KEEM, dba DRAMAALERT <br> Defendant(s) | CASE NUMBER: <br><br> CERTIFICATION AND NOTICE <br> OF INTERESTED PARTIES <br> (Local Rule 7.1-1) |
|---|---|

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____NICKO " ROMEO " LACOSTE_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| NICKO " ROMEO " LACOSTE, dba THE CALIFORNIA DREAM TATTOO | Plaintiff/ Has suffered damages from interference with business relations, both contractual and prospective. Seeks to be made whole. |
| DANIEL " KEEMSTAR " KEEM, dba DRAMAALERT | Defendant/ The cause of Plaintiff's claimed damages. Sought by Plaintiff to be found liable by the Court for the claimed damages. |

3/12/2020
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Nick "Romeo" LaCoste