BROWNE GEORGE ROSS LLP
Eric M. George (State Bar No. 166403)
  egeorge@bgrfirm.com
Kim S. Zeldin (State Bar No. 135780)
  kzeldin@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Defendant
DANIEL "KEEMSTAR" KEEM, dba
DRAMAALERT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NICKO "ROMEO" LACOSTE, dba THE CALIFORNIA DREAM TATTOO,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL "KEEMSTAR" KEEM, dba DRAMAALERT,<br><br>Defendant. | Case No. 2:20-CV-02323-RGK-JPR<br><br>Hon. R. Gary Klausner<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint Served: March 13, 2020<br><br>Current Response Date: April 3, 2020<br><br>New Response Date: May 1, 2020<br><br>Crtrm: 850<br><br>Trial Date: None Set |

1. IT IS HEREBY STIPULATED, pursuant to Local Rule 8-3, by and between Plaintiff NICKO "ROMEO" LACOSTE, dba THE CALIFORNIA DREAM TATTOO and Defendant DANIEL "KEEMSTAR" KEEM, dba DRAMAALERT that Defendant may have a 28-day extension of time, up to and including May 1, 2020, to file an answer or otherwise respond to Plaintiff's Complaint in the above-captioned action.

DATED: March 27, 2020    BROWNE GEORGE ROSS LLP

By: _/s/Kim S. Zeldin_
Kim S. Zeldin
Attorneys for Defendant DANIEL "KEEMSTAR" KEEM, dba DRAMAALERT

DATED: March 27, 2020    SEVERO LLP*

By: _/s/Raoul Severo_
Raoul Severo
Attorneys for Plaintiff NICKO "ROMEO" LACOSTE, dba THE CALIFORNIA DREAM TATTOO

*Pursuant to Local Rule 5-4.3.4(2)(i), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concurs in the filing's content and have authorized the filing.