BROWNE GEORGE ROSS LLP
Eric M. George (State Bar No. 166403)
    egeorge@bgrfirm.com
Kim S. Zeldin (State Bar No. 135780)
    kzeldin@bgrfirm.com
Eric A. Westlund (State Bar No. 293403)
    ewestlund@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Defendant
DANIEL "KEEMSTAR" KEEM, dba
DRAMAALERT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NICKO "ROMEO" LACOSTE, dba THE CALIFORNIA DREAM TATTOO,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL "KEEMSTAR" KEEM, dba DRAMAALERT,<br><br>Defendant. | Case No. 2:20-CV-02323-RGK-JPR<br><br>The Hon. R. Gary Klausner<br><br>**DECLARATION OF JOHN NELSON IN SUPPORT OF DEFENDANT'S MOTION TO STRIKE COMPLAINT PURSUANT TO C.C.P. § 425.16**<br><br>Date:   June 1, 2020<br>Time:   9:00 AM<br>Crtrm.: 850<br><br>Trial Date: None Set |

I, John C. Nelson, Esq., declare and state as follows:

1. I am an attorney at law admitted to practice in the State of New York and employed by the Nelson Law Firm. I am counsel and personal manager for Defendant Daniel "KEEMSTAR" Keem in this matter. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2. Attached hereto as **Exhibit 1** is a true and correct copy of an email received by my office at its email address info@lfmmanagement.com from David Precilla of The Law Offices of Raoul Severo on February 13, 2020, which attached a letter from Raoul J. Severo, Esq. addressed to Mr. Keem entitled "Re: Cease and Desist Defamation Regarding Nicko "Romeo" Lacoste."

Executed this 30th day of April 2020, at Ellicottville, New York.

I declare under penalty of perjury that the foregoing is true and correct.

John C. Nelson, Esq.