# EXHIBIT 1

---------- Forwarded message ---------
From: **David Precilla** <David@severolegal.com>
Date: Thu, Feb 13, 2020 at 6:00 PM
Subject: Cease and Desist
To: info@LFMmanagement.com <info@lfmmanagement.com>

Good afternoon,

Please see the attached cease and desist letter. If you have any questions regarding this correspondence, please do not hesitate to respond to this email or call us at the number below.

Respectfully,

Support | The Law Offices of Raoul Severo

500 N. Brand Blvd., Penthouse Suite 2350, Glendale, CA 91203 |

1055 E. Colorado Blvd., 5th Flr., Pasadena, CA 91106 |

5150 E. Pacific Coast Hwy., 2nd Flr., Long Beach, CA 90804 |

TEL: 855.216.3990 | DIRECT: 818.639.3856 | EMAIL: david@severolegal.com | WEBSITE: www.severolegal.com | A+ Rated with the Better Business Bureau

This message and its attachments are sent from a law firm and may contain information that is confidential and protected by privilege from disclosure. If you are not the intended recipient, you are prohibited from printing, copying, forwarding or saving them. Please delete the message and attachments without printing, copying, forwarding or saving them, and notify the sender immediately.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, please be advised that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used or relied upon, and cannot be used or relied upon, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

<Ex. 1 - Cease and desist letter with cover email.pdf>

EXHIBIT 1
2

Law Offices
**SEVERO. LLP**

500 N. Brand Boulevard, Ste. 2350
Glendale, California 91203
Telephone 855.216.3990
Facsimile 626.227.0505
Email raoul@severolegal.com

Re: Cease and Desist Defamation Regarding Nicko "Romeo" Lacoste

Dear Mr. Keem:

    Our firm represents Nicko "Romeo" Lacoste, to protect his interests in this matter. It has come to our attention that you, Daniel "Keemstar" Keem, have posted on your network "DramaAlert," through platforms including, but not limited to, Twitter and YouTube, videos and posts targeting my client with the overt intention of making sure that "[Romeo's] career is finished." The videos share a slanted and carefully curated version of events that do not fully express the truth, but rather is designed to stir up "drama" irrespective of the truth and the damage your video can cause.

    We respectfully demand that your network remove the videos and posts, and that no similar postings of this misleading content be allowed on your network. The videos' claims are slanderous, being skewed in a light designed to damage Mr. Lacoste's career and have already had a monetary impact upon his businesses. Mr. Lacoste is a public figure and continued publication of these videos and posts will be considered malicious in nature, for which we will seek both compensatory and punitive damages.

Respectfully,

*[signature]*

Raoul J. Severo, Esq.

EXHIBIT 1
3