BROWNE GEORGE ROSS LLP
Eric M. George (State Bar No. 166403)
    egeorge@bgrfirm.com
Kim S. Zeldin (State Bar No. 135780)
    kzeldin@bgrfirm.com
Eric A. Westlund (State Bar No. 293403)
    ewestlund@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Defendant
DANIEL "KEEMSTAR" KEEM, dba
DRAMAALERT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NICKO "ROMEO" LACOSTE, dba THE CALIFORNIA DREAM TATTOO,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL "KEEMSTAR" KEEM, dba DRAMAALERT,<br><br>Defendant. | Case No. 2:20-CV-02323-RGK-JPR<br><br>The Hon. R. Gary Klausner<br><br>**DECLARATION OF ERIC A. WESTLUND IN SUPPORT OF DEFENDANT'S MOTION TO STRIKE COMPLAINT PURSUANT TO C.C.P. § 425.16**<br><br>Date:   June 1, 2020<br>Time:   9:00 AM<br>Crtrm.:  850<br><br>Trial Date: None Set |

I, Eric A. Westlund, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before this Court and all courts of the State of California. I am an associate with Browne George Ross LLP, counsel of record for Defendant Daniel "Keemstar" Keem, Dba Dramaalert ("Defendant") in the above-captioned action. I have firsthand, personal knowledge of the facts set forth below and if called as a witness could competently testify thereto.

2. Attached hereto as **Exhibit 2** is a true and correct transcription I prepared of the video filed herewith as Exhibit 25 and published to YouTube on March 16, 2019, entitled "Ariana Grande, Dolan Twins, Ninja & More's Tattoo Artist Romeo Lacoste EXPOSED! #DramaAlert," available at https://youtu.be/2BSe-BRHET4.

3. Attached hereto as **Exhibit 3** is a true and correct transcription I prepared of the video filed herewith as Exhibit 26 and published to YouTube on March 17, 2019, entitled "Romeo Lacoste INTERVIEW! #DramaAlert (Uncensored) Romeo Lacoste reacts to recent Allegations!" available at https://youtu.be/pSxmG2E3HQc.

4. Attached hereto as **Exhibit 4** is a true and correct transcription I prepared of a video filed herewith as Exhibit 27 and published to YouTube on February 10, 2020, entitled "Romeo Lacoste Caught with 15 year old girl! #DramaAlert (VIDEO PROOF)" available at https://youtu.be/0yk7oCZX_EA.

Executed this 1st day of May, 2020, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Eric A. Westlund*
Eric A. Westlund