**EXHIBIT 5**



YouTube Search SIGN IN

Home

Trending

Subscriptions

Library

History

## DramaAlert

5.58M subscribers

JOIN SUBSCRIBE

HOME VIDEOS PLAYLISTS COMMUNITY CHANNELS ABOUT

### Description

Welcome to DramaAlert! Your #1 source for news on the social interactions in online entertainment!

Please do not email us any news, tips or stories! Tweet or DM on Twitter - @DramaAlertDM

### Details

For business inquiries: Sign in to see email address

Location: United States

### Links

Code (KEEM) Twitter (KEEMSTAR)

Instagram (KEEMSTAR) DramaAlert.com

### Stats

Joined Jun 15, 2014

1,256,177,305 views

### THE HOMIES

KEEMSTAR
SUBSCRIBE

Baited!
SUBSCRIBE

RiceGum
SUBSCRIBE

KSI
SUBSCRIBE

Jake Paul
SUBSCRIBE

FaZe Banks
SUBSCRIBE

shane
SUBSCRIBE