**EXHIBIT 6**









Search Twitter

Log in Sign up

Follow

**DramaAlert**
@DramaAlert

Your #1 source for news on the social interactions in online entertainment! | Follow to receive notifications when new videos are posted! 🍿

youtube.com/DramaAlert Joined December 2016

**3** Following **45.9K** Followers

Tweets | Tweets & replies | Media | Likes

**DramaAlert** @DramaAlert · 23h
Tfue LEAKS MrBeast Phone Number , Destroys his Live Stream & Blames NINJA! #DramaAlert - Ban ALINITY

Tfue LEAKS MrBeast Phone Number , Destroys his Liv...
➸ Follow for News! - https://twitter.com/KEEMSTAR ➸ Follow IG - https://www.instagram.com/DramaAlert/ ...
youtube.com

6 2 75

**DramaAlert** @DramaAlert · Apr 24
Jake Paul is showing the Kids BOOBIES! #DramaAlert & his FOOT is Falling OFF!

Jake Paul is showing the Kids BOOBIES! #DramaAlert ...
➸ Follow for News! - https://twitter.com/KEEMSTAR ➸ Follow IG - https://www.instagram.com/DramaAlert/ ...
youtube.com

1 33

**DramaAlert** @DramaAlert · Apr 21
Jake Paul New Song OFFENSIVE! - #DramaAlert - Deji Career ENDING! - Trisha gone CRAZY!

Jake Paul New Song OFFENSIVE! - #DramaAlert - Dej...
➸ Follow for News! - https://twitter.com/KEEMSTAR ➸ Follow IG - https://www.instagram.com/DramaAlert/ ...
youtube.com

7 2 43

**DramaAlert** @DramaAlert · Apr 19
H3H3 LIES? #DramaAlert KSI vs Ricegum! TanaCon 2 - Mr Beast SCAM! - Kate 1000 Boyfriends!

H3H3 LIES? #DramaAlert KSI vs Ricegum! TanaCon 2 ...
➸ Follow for News! - https://twitter.com/KEEMSTAR ➸

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up

**You might like**

**FaZe Banks** @Banks Follow

**Scarce** @JohnScarce Follow

**Deji** @Deji Follow

Show more

**Trends for you**

Trending in United States
**Jesus is Real**
3,586 Tweets

Politics · Trending
**President in 2017**
18K Tweets

Politics · Trending
**President in 2017**
18K Tweets

Entertainment · Trending
**#InfinityWar**
12.2K Tweets

kpop · Trending

Politics · Trending
**President in 2017**
18K Tweets

Entertainment · Trending
**#InfinityWar**
12.2K Tweets

kpop · Trending

Politics · Trending
**President in 2017**
18K Tweets

Entertainment · Trending
**#InfinityWar**
12.2K Tweets

kpop · Trending

Politics · Trending
**President in 2017**