# EXHIBIT 7



facebook
Email or Phone
Password
Log In
Forgot account?
#Drama Alert
#DramaAlert
DramaAlert
@DramaAlert
Home
Posts
Videos
Photos
About
Community
Create a Page
Share
Suggest Edits
Block Page
Watch Video
Send Message
Posts
DramaAlert
Yesterday at 6:36 PM
Tfue LEAKS MrBeast Phone Number , Destroys his Live Stream & Blames NINJA! #DramaAlert - Ban ALINITY
NOT BANNED!
#DramaAlert
YOUTUBE.COM
Tfue LEAKS MrBeast Phone Number , Destroys his Live Stream & Blames NINJA! #DramaAlert - Ban ALINITY
29
1 Share
Like
Comment
Share
Community
See All
6,885 people like this
29,595 people follow this
About
See All
www.YouTube.com/DramaAlert
Media/News Company
Page Transparency
See More
Facebook is showing information to help you better understand the purpose of a Page. See actions taken by the people who manage and post content.
Page created - December 20, 2015
People
6,885 likes
Pages ▸ Businesses ▸ Media/News Company ▸ DramaAlert

EXHIBIT 7