# **EXHIBIT 8**















EXHIBIT 8
13