**EXHIBIT 9**



Search Twitter

Log in | Sign up

Follow

**KEEM** 🍿

@KEEMSTAR

Creator of #DramaAlert #1 source for News on the Social interactions in Online Entertainment! News tips DM @DramaAlertDM Business inquiries DM @LFMManagement

Buffalo, NY youtube.com/NewDramaAlert Born March 8

Joined October 2012

**413** Following **2.8M** Followers

Tweets | Tweets & replies | Media | Likes

Pinned Tweet

**KEEM** 🍿 @KEEMSTAR · 23h

New #DramaAlert is LIVE! (Updated Thumbnail)

136 62 2K

**KEEM** 🍿 @KEEMSTAR · 1m

272 13 648

**New to Twitter?**

Sign up now to get your own personalized timeline!

Sign up

**You might like**

**FaZe Banks** @Banks Follow

**KSI** @KSIOlajidebt Follow

**Ninja** @Ninja Follow

Show more

**Trends for you**

Trending in United States
**Jesus is Real**
3,769 Tweets

Politics · Trending
**President in 2017**
18.2K Tweets

Politics · Trending
**President in 2017**
18.2K Tweets

Entertainment · Trending
**#InfinityWar**
12.3K Tweets

kpop · Trending

Politics · Trending
**President in 2017**
18.2K Tweets

Entertainment · Trending
**#InfinityWar**
12.3K Tweets

kpop · Trending

Politics · Trending
**President in 2017**
18.2K Tweets