# EXHIBIT 10

Case 2:20-cv-02323-RGK-JPR   Document 15-6   Filed 05/01/20   Page 2 of 2   Page ID #:116

Instagram          Search          Log In   Sign Up



**keemstar** ✓  Follow

905 posts    211k followers    55 following

**KEEMSTAR**
Owner of @DramaAlert

⊞ POSTS    👤 TAGGED

  
  
  

EXHIBIT 10

15