# EXHIBIT 11



EXHIBIT 11
16



EXHIBIT 11
17