# EXHIBIT 27

# Exhibit 27

## YouTube Video by DramaAlert

## Dated: February 10, 2020

## Title: Romeo Lacoste Caught with 15 year old girl! #DramaAlert (VIDEO PROOF)

**[Please take note that Defendant is lodging a courtesy copy of the <u>YouTube Video by DramaAlert</u> dated <u>February 10, 2020</u> with the Court pursuant to a concurrently filed Notice of Manual Filing.]**

EXHIBIT 27
94