Eric M. George, SBN 166403
Kim S. Zeldin, SBN 135780
Eric A. Westlund, SBN 293403
BROWNE GEORGE ROSS LLP
2121 Avenue of the Stars, Suite 1800, LA, CA 90067
Attorneys for Def. Daniel "Keemstar" Keem dba Dramaalert

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICKO "ROMEO" LACOSTE, dba THE CALIFORNIA DREAM TATTOO,<br><br>PLAINTIFF(S)<br><br>v.<br><br>DANIEL "KEEMSTAR" KEEM, dba DRAMAALERT.<br><br>DEFENDANT(S). | CASE NUMBER:<br>2:20-CV-02323-RGK-JPR<br><br>**NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed  ☒ Lodged: (**List Documents**)

Defendant's Request for Judicial Notice, Exhibit 25: YouTube video, March 16, 2019, entitled "Ariana Grande, Dolan Twins, Ninja & More's Tattoo Artist Romeo Lacoste EXPOSED! #DramaAlert."

Defendant's Request for Judicial Notice, Exhibit 26: YouTube video, March 17, 2019, entitled "Romeo Lacoste INTERVIEW! #DramaAlert (Uncensored) Romeo Lacoste reacts to recent Allegations!"

Defendant's Request for Judicial Notice, Exhibit 27: YouTube video, February 10, 2020, entitled "Romeo Lacoste Caught with 15 year old girl! #DramaAlert (VIDEO PROOF)."

**Reason:**

☐ Under Seal
☐ In Camera
☒ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

| | |
|---|---|
| May 1, 2020<br>Date | */s/ Kim S. Zeldin*<br>Attorney Name<br>Kim S. Zeldin<br>Attorney for Defendant<br>Party Represented<br>Daniel "Keemstar" Keem dba Dramaalert |

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*


American LegalNet, Inc.
www.FormsWorkFlow.com