BROWNE GEORGE ROSS LLP
Eric M. George (SBN 166403)
Kim S. Zeldin (SBN 135780)
Eric A. Westlund (SBN 293403)
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100

ATTORNEY(S) FOR: DEFENDANT, DANIEL "KEEMSTAR" KEEM, dba DRAMAALERT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICKO "ROMEO" LACOSTE, dba THE CALIFORNIA DREAM TATTOO<br><br>Plaintiff(s),<br>v.<br><br>DANIEL "KEEMSTAR" KEEM, dba DRAMAALERT<br><br>Defendant(s) | CASE NUMBER:<br>2:20-CV-02323-RGK-JPR<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   DANIEL "KEEMSTAR" KEEM, dba DRAMAALERT
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| None | None |

May 1, 2020                                   /s/ Kim S. Zeldin
Date                                                Signature

Attorney of record for (or name of party appearing in pro per):

DEFENDANT, DANIEL "KEEMSTAR" KEEM, dba DRAMAALERT

