BROWNE GEORGE ROSS LLP
Eric M. George (State Bar No. 166403)
  egeorge@bgrfirm.com
Kim S. Zeldin (State Bar No. 135780)
  kzeldin@bgrfirm.com
Eric A. Westlund (State Bar No. 293403)
  ewestlund@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Defendant
DANIEL "KEEMSTAR" KEEM, dba
DRAMAALERT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NICKO "ROMEO" LACOSTE, dba THE CALIFORNIA DREAM TATTOO,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL "KEEMSTAR" KEEM, dba DRAMAALERT,<br><br>Defendant. | Case No. 2:20-CV-02323-RGK-JPR<br><br>The Hon. R. Gary Klausner<br><br>**DEFENDANT'S NOTICE OF ERRATA TO REQUEST FOR JUDICIAL NOTICE AND FOR INCORPORATION BY REFERENCE IN SUPPORT OF MOTION TO STRIKE COMPLAINT PURSUANT TO C.C.P. § 425.16**<br><br>Date:   June 1, 2020<br>Time:   9:00 a.m.<br>Crtrm:  850<br><br>Trial Date: None Set |

1544940.1

Case No. 2:20-CV-02323-RGK-JPR

DEFENDANT'S NOTICE OF ERRATA TO REQUEST FOR JUDICIAL NOTICE AND FOR INCORPORATION BY REFERENCE IN SUPPORT OF MOTION TO STRIKE

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that on this date, Defendant Daniel "Keemstar"
3  Keem, Dba Dramaalert ("Defendant") inadvertently omitted a proposed order
4  attached to Defendant's Request For Judicial Notice In Support Of Motion To Strike
5  Complaint Pursuant To C.C.P. § 425.16.  Accordingly, a full, true, and correct copy
6  of the document entitled "[Proposed] Order Granting Defendant's Request For
7  Judicial Notice In Support Of Motion To Strike Complaint Pursuant To C.C.P. §
8  425.16" is attached hereto as Exhibit 1.

DATED:  May 1, 2020            BROWNE GEORGE ROSS LLP


                               By:    */s/ Kim S. Zeldin*
                                      Eric M. George
                                      Kim S. Zeldin
                                      Eric A. Westlund
                               Attorneys for Defendant  DANIEL
                               "KEEMSTAR" KEEM, dba DRAMAALERT