Raoul J. Severo, Esq. [S.B. #78104]
Joseph L. Ryan, Esq. [S.B. #301375]
Severo, LLP
500 N. Central Ave, Suite 210
Glendale, CA 91203
(855) 216-3990
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| NICKO "ROMEO" LACOSTE, dba THE CALIFORNIA DREAM TATTOO,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL "KEEMSTAR" KEEM, dba DRAMAALERT,<br><br>Defendant. | Case No.: 2:20-CV-02323-RGK-JPR<br><br>Hon. R. Gary Klausner<br><br>DECLARATION OF JOSEPH L. RYAN |

**DECLARATION OF JOSEPH L. RYAN**

I, Joseph L. Ryan declare and state:

1. I am an attorney at law, licensed to practice law in the state of California. I am co-counsel for Plaintiff in this matter.

Declaration of Joseph L. Ryan

1

2. I have reviewed the documents related to this case, including Defendant's Motion to Strike and its attendant exhibits.

3. Based on information and belief, the information in Plaintiff's Response to Motion to Strike Complaint is true and correct.

| 05/11/2020 | /s Joseph L. Ryan |
|---|---|
| (Dated) | (Signature) |
| | Attorney for Plaintiff |

---

Declaration of Joseph L. Ryan

2