## PROOF OF SERVICE

I, **JESSICA TREVINO**, am employed in the County of Los Angeles, State of California. I am over the age of 18 and am not a party to this action. My business address is 500 N. Central Avenue, Suite 210, Glendale, CA 91203.

On May 11, 2020, I served the within document described as **PLAINTIFF'S RESPONSE TO MOTION TO STRIKE COMPLAINT PURSUANT TO C.C.P. § 425.16 and DECLARATION OF JOSEPH L. RYAN** on all interested parties in this action by sending a true copy thereof as follows:

| | |
|---|---|
| **_X_ BY FIRST CLASS MAIL**<br>_X_ by placing a true copy thereof enclosed in a sealed envelope for deposit with the United States Postal Service, with postage thereon fully prepaid, addressed as follows:<br><br>**SEE ATTACHED SERVICE LIST**<br><br>___ I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. | ___ **BY PERSONAL SERVICE**<br><br>____ I delivered a true copy of the aforesaid document by hand to the addressee(s) or the addressee's office.<br><br>____ I caused a true copy of the aforesaid document to be delivered by hand to the offices of the addressee(s) |
| ___ **VIA ELECTRONIC MAIL TO:** | ___ **VIA FACSIMILE**<br><br>____ I caused a true copy of the aforesaid document to be transmitted to the recipient at the facsimile machine number last given by that person on a document which that person has filed in the cause and served on the person making this service. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on May 11, 2020, at Glendale, California.

_____
JESSICA TREVINO

## SERVICE LIST

ATTORNEYS FOR PLAINTIFFS:

Eric M George
Browne George Ross LLP
2121 Avenue of the Stars Suite 2800
Los Angeles, CA 90067

Eric A Westlund
Browne George Ross LLP
2121 Avenue of the Stars Suite 2800
Los Angeles, CA 90067

Kim S Zeldin
Browne George Ross LLP
Suite 2800
2121 Avenue of the Stars Suite 2800
Los Angeles, CA 90067