Raoul J. Severo, (SBN: 78104)
SEVERO PLC
A Professional Law Corporation
500 n. Central Avenue, Ste. 610
Glendale, CA 91203
Tel:   855-216-3990
Fax:   626-227-0505
Email:   raoul@severolegal.com

Attorneys for Defendant,
NICKO LACOSTE

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICKO LACOSTE,<br><br>                    Plaintiff,<br><br>vs.<br><br>DANIEL KEEM, et al.,<br><br>                    Defendants. | CASE NO.: CV-20-02323-RGK-JPR<br><br>**DECLARATION OF RAOUL J. SEVERO RE TARDY REFILING OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE COMPLAINT**<br><br>Hearing Date:   TBA |

I, Raoul J. Severo, declare as follows:

1.      I am an attorney at law duly licensed to practice before all courts in the State of California and a member of the bar of this Court and the Ninth Circuit Court of Appeals.

2.      I submit this declaration in support of a request for an order permitting the filing of Plaintiff's Opposition to Defendant's Special Motion to Strike Complaint.

/////////

3.     I recently moved our law offices on May 8-11, 2020, and had new internet service installed on May 11, 2020.   Our offices suffered an internet outage due to problems with AT&T's computers' failure to recognize the installed network and our firm's emails were not updated in time for me to meet the court's order setting a deadline of 12:00 noon on May 13, 2020 for the filing of a corrected Opposition to Defendants' Special Motion to Strike Complaint.

3.   On May 15, 2020, this Court ordered the aforesaid Opposition stricken pursuant to L.R. 7-12.

4.   I respectfully request that this Court issue an order allowing the tardy filing of the Opposition to the Special Motion to Strike Complaint for the reasons set forth herein, which were outside my control.

I declare under penalty of perjury that the foregoing is true and correct.   Executed at Glendale, California on the 18th day of May, 2020.

Dated: May 18, 2020                    By:____/s/Raoul Severo_____

RAOUL J. SEVERO
Declarant
Attorney for Plaintiff
NICKO LACOSTE

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

*s/ Raoul J. Severo*