# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-02323-RGK-JPR | Date | May 21, 2020 |
|---|---|---|---|
| Title | *Nicko LaCoste v. Daniel Keem* | | |

**Present: The Honorable**   R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE

| Sharon L. Williams | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff:  Attorneys Present for Defendants:

Not Present   Not Present

**Proceedings:**   (IN CHAMBERS) Order Re: Opposition to Motion to Strike Complaint [DE 29]

Upon review of the declaration of Raoul J. Severo., the Court does not find good cause to permit the late filing of Plaintiff's Opposition to the Special Motion to Strike the Complaint. Accordingly, the Court strikes Plaintiff's late-filed Opposition.

**IT IS SO ORDERED.**

: 

Initials of Preparer