Raoul J. Severo, Esq. [S.B. #78104]
Joseph L. Ryan [S.B. #301375]
Severo, PLC
500 N. Central Ave, Suite 610
Glendale, CA 91203
(855) 216-3990
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| NICKO "ROMEO" LACOSTE, dba THE CALIFORNIA DREAM TATTOO, | Case No.:  2:20-CV-02323-RGK-JPR<br>Hon. R. Gary Klausner |
| Plaintiff, | **MOTION OF WITHDRAWAL OF NOTICE OF MOTION AND MOTION FOR RECONSIDERATION** |
| vs. | |
| DANIEL "KEEMSTAR" KEEM, dba DRAMAALERT, | Date: July 6, 2020<br>Time: 9:00 a.m.<br>Dept: 850 |
| Defendant. | |

PLEASE TAKE NOTICE Plaintiff, NICKO LACOSTE, hereby withdraws the Notice of Motion and Motion for Reconsideration, filed at Dkt. No. 32. Accordingly, Plaintiff respectfully requests that this court remove from

calendar the hearing on Plaintiff Nicko Lacoste's Motion for Reconsideration, currently set for July 6, 2020, at 9:00 a.m.

Respectfully Submitted,

Dated: June 4, 2020          By: _____
                                 Raoul Severo, Esq.
                                 Attorney for Plaintiff, Nicko Lacoste