# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:20-cv-02323-RGK-JPR | Date | June 12, 2020 |
|---|---|---|---|
| Title | *Nicko LaCoste v. Daniel Keem* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** **(IN CHAMBERS) Order Re: Motion for Reconsideration [DE 32] and Motion for Relief [DE 33]**

The Court hereby deems the Motion for Reconsideration and Motion for Relief, both filed June 3, 2020, seeking the same relief, a single ex parte application. Upon review of the ex parte application, the Court **grants** relief. The opposition filed at Docket Entry 22 is hereby **reinstated**. The motions at Docket Entries 32 and 33 **are moot**.

**IT IS SO ORDERED.**

_____ : _____
Initials of Preparer
_____