Raoul J. Severo, Esq. [S.B. #78104]
Joseph L. Ryan [S.B. #301375]
Severo PLC
500 N. Central Ave, Suite 210
Glendale, CA 91203
(855) 216-3990
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT COURT OF CALIFORNIA

| | |
|---|---|
| NICKO "ROMEO" LACOSTE, dba THE CALIFORNIA DREAM TATTOO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DANIEL "KEEMSTAR" KEEM, dba DRAMAALERT,<br><br>　　　　Defendant. | Case No.:  2:20-CV-02323-RGK-JPR<br><br>Hon. R. Gary Klausner<br><br>NOTICE OF ERRATA TO PLAINTIFF'S EX PARTE APPLICATION ON MOTION FOR LEAVE TO FILE SUR-REPLY; SUR-REPLY TO DEFENDANT'S REPLY IN SUPPORT OF MOTION TO STRIKE COMPLAINT; MEMORANDUM POINTS AND AUTHORITIES |

**NOTICE OF ERRATA**

**TO THE COURT AND ALL PARTIES TO THIS ACTION**

PLEASE TAKE NOTICE that Plaintiff, Nicko Lacoste hereby provides Notice of Errata regarding Plaintiff's Ex Parte Application on Motion for Leave to File Sur-Reply; Sur-Reply to Defendant's Reply in Support of Motion to

---

NOTICE OF ERRATA TO PLAINTIFF'S EX PARTE APPLICATION ON MOTION FOR LEAVE TO FILE SUR-REPLY; SUR-REPLY TO DEFENDANT'S REPLY IN SUPPORT OF MOTION TO STRIKE COMPLAINT; MEMORANDUM POINTS AND AUTHORITIES

1

Strike Complaint; Memorandum Points and Authorities, which was originally filed in the United States District Court, Central District of California, on June 19, 2020 at Docket No. 39, in order to correct an inadvertent error. Caption on document read "PLAINTIFF'S EX PARTE APPLICATION ON MOTION FOR LEAVE TO FILE SUR-REPLY; SUR-REPLY TO DEFENDANT'S REPLY IN SUPPORT OF MOTION TO STRIKE COMPLAINT; MEMORANDUM POINTS AND AUTHORITIES", however caption should read, "PLAINTIFF'S EX PARTE APPLICATION FOR LEAVE TO FILE SUR-REPLY; SUR-REPLY TO DEFENDANT'S REPLY IN SUPPORT OF MOTION TO STRIKE COMPLAINT; MEMORANDUM POINTS AND AUTHORITIES". Plaintiff is concurrently filing a corrected Ex Parte Application for Leave that corrects this mistake and makes no other changes.

Respectfully submitted,

SEVERO PLC

Date:__06/19/2020____     By:_s/ Raoul J. Severo_____
                              Attorneys for Plaintiff
                              Nicko Lacoste

NOTICE OF ERRATA TO PLAINTIFF'S EX PARTE APPLICATION ON MOTION FOR LEAVE TO FILE SUR-REPLY; SUR-REPLY TO DEFENDANT'S REPLY IN SUPPORT OF MOTION TO STRIKE COMPLAINT; MEMORANDUM POINTS AND AUTHORITIES