# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:20-cv-02323-RGK-JPR | Date | June 23, 2020 |
|---|---|---|---|
| Title | *Nicko LaCoste v. Daniel Keem* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams (not present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS) Order Re: Ex Parte Application to File a Sur-Reply [DE 41]

Upon review of Plaintiff's Ex Parte Application filed on June 19, 2020, at Docket Entry 41, the Court hereby **denies** Plaintiff's request.

**IT IS SO ORDERED.**

                                                                                            :
                                                    Initials of Preparer    _____