1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| NICKO "ROMEO" LACOSTE, dba THE CALIFORNIA DREAM TATTOO, | Case No. 2:20-CV-02323-RGK-JPRx |
|---|---|
| Plaintiff, | The Hon. R. Gary Klausner |
| vs. | **JUDGMENT IN FAVOR OF DEFENDANT DANIEL "KEEMSTAR" KEEM** |
| DANIEL "KEEMSTAR" KEEM, dba DRAMAALERT, | Action Filed:  March 10, 2020 |
| Defendant. | |

JUDGMENT

Having considered Defendant's Motion to Strike Complaint Pursuant To C.C.P. § 425.16 and the papers filed in support thereof, and the Court having GRANTED Defendant's Motion in its entirety for the reasons set forth in its Order entered June 23, 2020;

IT IS HEREBY ORDERED AND ADJUDGED that:

1. Plaintiff Nicko "Romeo" Lacoste takes nothing in his action, that the above-captioned case be DISMISSED WITH PREJUDICE, and that judgment hereby is entered in Defendant's favor as to each of Plaintiff's causes of action;
2. Defendant is the prevailing party in this action;
3. Requests for attorneys' fees may be made by a regularly noticed motion to the Court; and
4. Requests for costs may be made by application to the Clerk of the Court.

This document constitutes a judgment and a separate document for the purposes of Federal Rule of Civil Procedure 58(a).

DATED: July 13, 2020

*Gary Klausner*

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE