BROWNE GEORGE ROSS LLP
Eric M. George (State Bar No. 166403)
  egeorge@bgrfirm.com
Kim S. Zeldin (State Bar No. 135780)
  kzeldin@bgrfirm.com
Eric A. Westlund (State Bar No. 293403)
  ewestlund@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Defendant
DANIEL "KEEMSTAR" KEEM, dba
DRAMAALERT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NICKO "ROMEO" LACOSTE, dba THE CALIFORNIA DREAM TATTOO,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL "KEEMSTAR" KEEM, dba DRAMAALERT,<br><br>Defendant. | Case No. 2:20-CV-02323-RGK-JPR<br><br>The Hon. R. Gary Klausner<br><br>**DECLARATION OF ERIC M. GEORGE IN SUPPORT OF DEFENDANT'S MOTION FOR ATTORNEYS' FEES**<br><br>Date:         August 24, 2020<br>Time:        9:00 a.m.<br>Courtroom: 850<br><br>Trial Date: None Set |

# DECLARATION OF ERIC M. GEORGE

I, Eric M. George, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before this Court and all courts of the State of California. I am a partner with Browne George Ross LLP, counsel of record for Defendant Daniel "Keemstar" Keem in the above-captioned action. I make this declaration in support of Mr. Keem's Motion for Attorneys' Fees, following the Court's grant of his Motion to Strike Complaint Pursuant to C.C.P. § 425.16 (the "Motion to Strike"). I have personal knowledge of the facts set forth below. If called as a witness I would and could competently testify to the matters stated herein.

2. Browne George Ross has been recognized by the *National Law Journal* as one of the nation's top ten litigation boutique firms, and the *Daily Journal* has identified the firm as one of the top litigation boutiques in California. Browne George Ross co-authored an annual treatise entitled *California Business Litigation* published by California Continuing Education of the Bar (CEB) and provides updates annually to reflect legal developments in Unfair Competition, Trade Secrets, Antitrust, Trademark, Copyright, Patents, Business Torts, Bad Faith Insurance, Employment, Intellectual Property Rights, and Unfair Competition.

3. I staffed this matter with my partner, Kim S. Zeldin, Eric Westlund, an associate, and Anne Kim, a paralegal. I provided strategic advice for the Motion to Strike and supervised the work performed. Ms. Zeldin performed the day-to-day work on the matter and was responsible for the legal research, factual investigation, and drafting of all necessary materials in connection with the Motion to Strike. She was assisted by Mr. Westlund and Ms. Kim in performing those tasks.

4. I am a name partner of Browne George Ross LLP, where I have practiced civil litigation for 20 years. My practice includes all aspects of trial and appellate litigation in addition to mediation and arbitration proceedings involving complex business transactions, intellectual property, real estate, and constitutional

issues. I have significant experience successfully representing litigants in anti-SLAPP litigation. I have represented clients in more than twenty high-stakes trials and arbitrations involving complex issues. I am a fellow of the American College of Trial Lawyers and am a member of the Ninth Circuit Court of Appeals' Advisory Committee. Attached as **Exhibit A** is a true and correct copy of my biography reflecting my professional experience and accomplishments.

5.  Kim S. Zeldin has been a partner at Browne George Ross since May of 2019. Ms. Zeldin practices all aspects of civil litigation focusing on complex business transactions -- including trial, arbitration, appellate, and mediation. A 1988 graduate of U.C. Hastings College of the Law, Ms. Zeldin has broad experience in commercial litigation in state and federal courts throughout the United States, including the Central District. Prior to joining Browne George Ross, Ms. Zeldin was the General Counsel of Liberman Broadcasting, Inc. for approximately two years, a partner at Liner LLP for 15 years, and Senior Counsel and associate at Pillsbury Winthrop Shaw Pittman for 14 years. Attached as **Exhibit B** is a true and correct copy of Kim Zeldin's biography reflecting her professional experience and accomplishments.

6.  Eric Westlund joined Browne George Ross in March of 2020 after six years of practice as an associate at Gibson, Dunn & Crutcher LLP and Mayer Brown LLP. His practice focuses on complex business litigation and counseling and he has represented companies in high-stakes matters ranging from consumer class actions to business disputes in both state and federal court. Mr. Westlund earned his J.D. from Northwestern Pritzker School of Law and has been admitted to the State Bar of California and the United States District Court for the Central District of California since 2013. Attached as **Exhibit C** is a true and correct copy of an up-to-date resume reflecting Eric Westlund's professional experience and accomplishments.

7.  Ms. Kim is a litigation paralegal with more than 15 years of experience. She holds a Bachelor of Arts in political science from California State University,

Northridge and has obtained a certificate of paralegal studies from UCLA Extension.

8.   As one of the name partners of Browne George Ross, I have experience in law firm economics, in financial analysis, and in establishing billing rates. Browne George Ross strives to offer rates that reflect the value of services offered and that are also competitive in our relevant markets (Browne George Ross has offices in Los Angeles, Century City, San Francisco, and New York).  Our goal is to charge rates that enable our firm to remain competitive with our peers and to attract and retain legal talent of the highest caliber.  I am intimately involved in the process of assuring that the billing rates we charge are fair, reasonable, and commensurate with the billing rates being charged by comparable firms, both in the Los Angeles area and nationally.

9.   The rates charged I and my colleagues charged in this matter are:

| Attorney/Paralegal | Hourly Rate |
| --- | --- |
| Eric M. George, Partner | $900 |
| Kim S. Zeldin, Partner | $600 |
| Eric A. Westlund, Associate | $450 |
| Anne Kim, Paralegal | $150 |

10.   Discounted rates were provided to Mr. Keem for this matter for Ms. Zeldin, Mr. Westlund and Ms. Kim.  Their standard hourly rates, and the rates that Browne George Ross charges to its clients for Ms. Zeldin's, Mr. Westlund's and Ms. Kim's time without a discount are $650, $540, and $300 respectively.

11.   I believe, based on my experience, that the rates charged to Mr. Keem for the time spent defending this action are fair, reasonable, and commensurate with rates charged by law firms of comparable quality and prestige in the Los Angeles market and in the Central District of California.

12. Attached as **Exhibit D** are true and correct copies of Browne George Ross's billing statements for legal services rendered in connection with the above-captioned matter through June 2020. The statements included in Exhibit A reflect daily time entries from each timekeeper with descriptions of work performed by each professional. Each task was separately billed in tenths of an hour and the time for each task is broken out in the entry for each day. The legal services described in the statements are attached as Exhibit D were actually and necessarily performed for Mr. Keem's defense against Plaintiff's claims. The firm exercised its billing judgment and reduced charges by over $30,000 to account for duplicate efforts by attorneys and potential inefficiencies, reducing the statements.

13. The billing records reflect time spent: (1) reviewing and analyzing the complaint, the cease and desist letter, and other correspondence which preceded it; (2) legal research for and drafting the Motion to Strike (including the required meet and confer with Plaintiff); (3) identification and review of the social media referenced or alluded to in the Complaint, including YouTube, Twitter, and Instagram, and separate accusations by young women against the Plaintiff; (4) a review and analysis of publicly available information about the Plaintiff and his celebrity status for the Motion to Strike; (5) review of Plaintiff's various filings and pleadings attempting to file his Opposition and seeking to excuse the late-filed documents and failure to comply with Court rules and orders, and the Court's orders relating to those filings; (6) the preparation of an opposition to Plaintiff's motion for reconsideration and the required meet and confer (which was not filed because the Court ruled prior to the due date for the opposition); (7) the preparation of the reply brief; (8) the preparation of an opposition to Plaintiff's request for a Sur-Reply; (9) the review of the Court's order and preparation of the judgment; and (10) the preparation of the Fee Motion.

14. A summary of the time spent by each of the timekeepers and the total fees attributed to each timekeeper are summarized in the chart below:

| Attorney/Paralegal | Hours | Total Fees |
|---|---|---|
| Eric M. George, Partner | 5.4 | $4,860 |
| Kim S. Zeldin, Partner | 148.7 | $89,220 |
| Eric A. Westlund, Associate | 115.5 | $51,975 |
| Anne Kim, Paralegal | 38.2 | $5,730 |

15. The fees and costs reflected in Exhibit A either have been paid, or the obligation for payment has been incurred and is outstanding.

16. In addition to legal fees, Mr. Keem incurred non-taxable costs for on-line research on Westlaw and LexisNexis in the amount of $8,188.60. Mr. Keem incurred taxable costs (an Application to the Clerk to Tax Costs is filed concurrently with this motion for attorneys' fees) of $146.25 for messenger, courier and overnight mail costs and copying costs.

17. On May 1, 2020, Browne George Ross filed a Special Motion to Strike Complaint Pursuant to C.C.P. § 425.16. On June 23, 2020, the Court issued an Order granting the Motion to Strike in its entirety. Attached as **Exhibit E** is a true and correct copy of the Court's June 23 Order. On July 13, 2020, the Court entered judgment in favor of Mr. Keem, ordering that the action was dismissed with prejudice and adjudging Mr. Keem the prevailing party entitled to attorneys' fees and costs. Attached as **Exhibit F** is a true and correct copy of the Judgment of the Court.

Executed this 24th day of July, 2020, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

*s/Eric M. George*
Eric M. George