# EXHIBIT A

# BROWNE GEORGE ROSS LLP
Los Angeles · New York · San Francisco



**EDUCATION**
- Georgetown University Law Center (J.D.)
- Georgetown University (B.A.)

**BAR ADMISSIONS**
- State Bar of California
- State Bar of New York
- State Bar of District of Columbia
- United States District Court, Central District of California
- United States Court of Appeal for the Ninth Circuit
- California Supreme Court

## ERIC M. GEORGE
PARTNER
OFFICE: CENTURY CITY

T: 310.274.7100
F: 310.275.5697
egeorge@bgrfirm.com

Eric M. George, a partner with Browne George Ross LLP, represents clients in complex, frequently high-profile disputes.

He is experienced in state and federal trial court and arbitration proceedings, involving contracts, securities, intellectual property, real estate, art law, Indian law, malpractice and constitutional issues.

Eric also has extensive appellate experience, having argued cases before the California Supreme Court, the Ninth Circuit Court of Appeals and the California Courts of Appeal.

Prior to joining the firm, Eric served as Counsel to the United States Senate Judiciary Committee (1999 through 2000); as Deputy Legal Affairs Secretary to Gov. Pete Wilson (1997 through 1999); and as a law clerk for federal Judge D. Lowell Jensen of the Northern District of California (1993 through 1994).

Eric has been profiled on various occasions, and is featured regularly as one of the California Top 100 Attorneys by the Daily Journal, as one of the "Top 100 Power Lawyers" by the Hollywood Reporter, and as a "Super Lawyer."

The National Law Journal has recognized Browne George Ross as one of the nation's top ten litigation boutique firms, and the Daily Journal identified Browne George Ross as among the top nine litigation boutique law firms in the state.

Eric is a fellow of The American College of Trial Lawyers; has served on federal and state judicial selection committees; is involved in the state's legal, business and civic communities; and sits on the Ninth Circuit Court of Appeals' Advisory Committee.

### PRACTICE AREAS
- Business Litigation
- White Collar Criminal Law
- Indian Law

### SPEAKING ENGAGEMENTS/PUBLICATIONS
- He and Browne George Ross co-author and annually update the practice book *California Business Litigation*, published by the California Continuing Education of the bar.

### NEWS
- September 20, 2017: Top 100 Lawyers, *Los Angeles Daily Journal*

1

**BROWNE GEORGE ROSS** LLP
Los Angeles·New York·San Francisco

- September 8, 2016: "Former Governor Starts New Consulting Group with Brown George Ross LLP Attorneys," *Los Angeles Daily Journal*

### RECOGNITIONS

- Top 100 Attorneys, *Los Angeles Daily Journal* (2007, 2008, 2010-2012, 2014-2017)
- Power Lawyers, *Hollywood Reporter* (2014)
- Southern California Super Lawyer, *Super Lawyer Magazine* (2007-2018)
- Top 10 Litigation Awards in CA, *Los Angeles Daily Journal*



2