# EXHIBIT B

# BROWNE GEORGE ROSS LLP

Los Angeles · New York · San Francisco



## KIM S. ZELDIN
PARTNER
OFFICE: LOS ANGELES

T: 310.274.7100
F: 310.275.5697
kzeldin@bgrfirm.com

### EDUCATION

- University of Caifornia, Hastings College of the Law (J.D., cum laude)
- University of California, Santa Cruz (B.A., with honors)

### BAR ADMISSIONS

- State Bar of California
- US Supreme Court
- U.S. Court of Appeals Ninth Circuit
- United States District Courts of California

Kim S. Zeldin is a partner in the Los Angeles offce of Browne George Ross.  She has over 25 years of complex business litigation experience. Her clients include financial services institutions, real estate developers, architectural and engineering firms, retail companies, technology companies, colleges and universities, and public utilities.

Kim has prosecuted and defended numerous state and Federal Court actions, arbitrations and appeals. She handles both class actions and individual claims. She represents clients in complex business disputes across a range of legal areas, including employee benefits and ERISA, products liability, intellectual property, unfair business practices, consumer class actions, real estate and construction defect, contract disputes, and labor and employment law.

In the real estate litigation area, Kim handles all aspects of real property disputes including quiet title, boundary line disputes, easement disputes, partition actions, foreclosures, lease disputes, and disputes regarding purchase and sale agreements.

In the ERISA and labor and employment area, Kim's practice includes the representation of parties in actions involving claims for disability benefits, health care benefits, severance benefits and pension benefits, medical plan reimbursement involving issues of medical necessity, breach of fiduciary duty claims alleging improper and inappropriate investments, prohibited transactions claims, excessive fees, failure to disclose information or making misleading statements to plan participants, and challenges to the use of particular actuarial assumptions.

## REPRESENTATIONS

- Defending bank in quiet title action in which plaintiff is seeking invalidation of bank's deed of trust.

- Represents purchasers in action for breach of purchase and sale agreement for multiple commercial properties worth billions of dollars.

- Represents landowner in connection with quiet title action pending in adversary proceeding in bankruptcy court.

- Represents managing members of company in JAMS arbitration regarding dispute of provision in operating agreement.

- Represents lessor in connection with breach of commercial lease by former tenant.

1

# BROWNE GEORGE ROSS LLP

Los Angeles • New York • San Francisco

- Defending prominent geotechnical engineering company in construction defect action alleging design caused landslide and other commercial property damage.
- Obtained judgment in favor of California utility company in JAMS quiet title arbitration.
- Represented major grocery store chain in connection with dispute concerning lease purchase option.
- Represented commercial property owner in connection with partition action.
- Represented condominium owner in dispute with adjacent owner regarding payment of common area repairs in arbitration.
- Represented sellers in dispute regarding terms of buy-out in merger and acquisition agreement.
- Representation of entertainment company in its $10-million contract dispute with a Japanese animation company.

## PRACTICE AREAS

- Real Estate
- Class Actions
- Financial Services/ ERISA

## PUBLICATIONS AND SPEAKING ENGAGEMENTS

- Co-author of the treatise *Federal Trial Evidence* (2008-2009)
- Contributing author to *Employee Benefits Law*, an ABA publication
- *Fair Housing of Marin v. Combs*, 285 F.3d 899 (9th Cir. 2002)(Ninth Circuit affirmed default judgment against landlord for housing discrimination and affirmed damage award and award of attorneys' fees)
- *United Foods v. Western Conference of Teamsters Pension Trust Fund*, 41 F.2d 1388 (9th Cir. 1994)(upholding inclusion of death, disability and early retirement benefits in the calculation of withdrawal liability)

## COMMUNITY INVOLVEMENT

- Member of the Board of Directors of Pets Are Wonderful Support (2001-2002)
- Member of the Board of Directors of Breathe California (2006 to present)

## AWARDS

- Fair Housing Leadership Award (2003)
- Southern California Super Lawyer (2014-2016)

2

# BROWNE GEORGE ROSS LLP

Los Angeles • New York • San Francisco

- Northern California Super Lawyer (2004-2012)
- Who's Who in American Law, 14th Edition (2005-2006)

## PROFESSIONAL ACTIVITIES

- Serves on the United States District Court for the Southern District of California's mediation panel (2013 to present)

- Served on the United States District Court for the Northern District of California's mediation panel (2008 to 2012)

- Judge Pro Tem for the San Francisco Superior Court (1995 to 2000)

3