# EXHIBIT C

# BROWNE GEORGE ROSS LLP

Los Angeles·New York·San Francisco



## ERIC A. WESTLUND
ASSOCIATE
OFFICE: CENTURY CITY

T: 310.274.7100
F: 310.275.5697
ewestlund@bgrfirm.com

Eric Westlund is an associate attorney in the Century City office of Browne George Ross. His practice focuses on complex business litigation and counseling and he has represented companies in high-stakes matters ranging from consumer class actions to business disputes in both state and federal court.

Mr. Westlund received a B.A. in Philosophy from Pepperdine University in 2009 and earned his J.D. from Northwestern University School of Law in 2013, where he obtained a Rule 711 license to represent clients as a member of the Bluhm Legal Clinic and served as an editor of the Journal of Criminal Law and Criminology.

Mr. Westlund has been admitted to the State Bar of California and the United States District Court for the Central District of California since 2013. Prior to joining Browne George Ross LLP, Mr. Westlund was an associate at Gibson, Dunn & Crutcher LLP and at Mayer Brown LLP in their Los Angeles offices.

### EDUCATION
- Northwestern University School of Law (J.D. 2013)
- Pepperdine University (B.A. 2009)

### BAR ADMISSIONS
- California

## PRACTICE AREAS
- Business and Commercial Litigation
- Class Actions

## COURT ADMISSIONS
- US District Court for the Central District of California

1

EXHIBIT C
12