# EXHIBIT D

Daniel 'Keemstar' Keem PAGE 1
Client/Matter No.: 7994 - 0001 - 22306

Daniel "Keemstar" Keem dba Dramalert adv. Nicko "Romeo" Lacoste, dba The California Dream Tattoo

PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 03/14/20 | EMG | Communicate with J. Nelson and client regarding case strategy | 1.00 hrs | $900.00 |
| 03/23/20 | EMG | Communicate with K. Zeldin, analysis | 0.50 hrs | $450.00 |
| 03/23/20 | KSZ | Review complaint, correspondence, Youtube videos | 1.20 hrs | $720.00 |
| 03/25/20 | EMG | Analysis and communicate with J. Nelson, K. Zeldin | 0.80 hrs | $720.00 |
| 03/25/20 | KSZ | Emails regarding service of complaint and response (0.40); review local rules regarding same (0.30); review and analysis of complaint (0.40); email to J. Nelson regarding status (0.10); listen to Youtube videos relating to allegations (0.40); emails to E. George regarding status (0.10) | 1.70 hrs | $1,020.00 |
| 03/26/20 | KSZ | Call with R. Severo regarding anti-SLAPP Motion meet and confer and review local rules relating to same (0.10); draft notice of motion and motion regarding anti-SLAPP motion (0.50); legal research regarding anti-SLAPP motion (3.00); internet research regarding anti-SLAPP Motion (0.60); draft sections of anti-SLAPP Motion (1.00); review and analysis of complaint for anti-SLAPP motion (1.00) | 6.20 hrs | $3,720.00 |
| 03/27/20 | KSZ | Telephone call with R. Severo regarding extension of time to respond to complaint (0.10); draft extension of time to respond to complaint and review of local rules regarding same (0.50); emails with R. Severo regarding extension of time (0.10) | 0.70 hrs | $420.00 |
| 04/01/20 | EAW | Legal research regarding legal standard for anti-SLAPP motion (0.20); confer with K. Zeldin regarding litigation strategy (0.20); review and analyze Complaint (0.20) | 0.60 hrs | $270.00 |
| 04/01/20 | KSZ | Emails regarding same (0.10); call to discuss background of case and Motion to Strike with E. Westlund and prepare for same (0.40) | 0.50 hrs | $300.00 |
| 04/03/20 | EAW | Draft analysis and summary of subject YouTube videos | 3.20 hrs | $1,440.00 |
| 04/06/20 | EAW | Call with K. Zeldin regarding litigation strategy (0.20); call with A. Kim regarding fact investigation of allegations against Romeo (0.20) | 0.40 hrs | $180.00 |
| 04/06/20 | EAW | Draft analysis and summary of subject YouTube videos | 1.00 hrs | $450.00 |
| 04/06/20 | KSZ | Call with E. Westlund regarding Motion to Strike and factual and legal research for same (0.20); review transcripts of YouTube videos (1.00) | 1.20 hrs | $720.00 |
| 04/07/20 | AK | Conduct research on social media background of Parties (2.00); draft detailed memo of factual findings per K. Zeldin (0.70) | 2.70 hrs | $405.00 |

EXHIBIT D
13

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/07/20 | EAW | Legal research regarding transfer of venue | 1.00 hrs | $450.00 |
| 04/07/20 | EAW | Draft anti-SLAPP motion section regarding statement of facts (2.20); draft analysis and summary of subject YouTube videos (1.50) | 2.70 hrs | $1,215.00 |
| 04/07/20 | KSZ | Review transcripts of YouTube videos | 0.30 hrs | $180.00 |
| 04/08/20 | AK | Conduct research on social media background of parties | 2.00 hrs | $300.00 |
| 04/08/20 | EMG | Confer with K. Zeldin regarding strategy | 0.50 hrs | $450.00 |
| 04/08/20 | KSZ | Legal research regarding personal jurisdiction and venue (2.20); email with E. George regarding same (0.30) | 2.50 hrs | $1,500.00 |
| 04/09/20 | AK | Draft detailed memo of factual findings per K. Zeldin (1.00); conduct research on social media background of Parties (1.00) | 2.00 hrs | $300.00 |
| 04/09/20 | EAW | Draft anti-SLAPP motion to strike section regarding protected activity (1.20); call with K. Zeldin regarding litigation strategy (0.20) | 1.40 hrs | $630.00 |
| 04/09/20 | KSZ | Edit statement of facts (2.00); edit memorandum regarding summary of social media regarding Keem facts (0.20) | 2.20 hrs | $1,320.00 |
| 04/10/20 | EAW | Draft anti-SLAPP motion to strike sections regarding statement of facts and public issue | 2.20 hrs | $990.00 |
| 04/10/20 | KSZ | Emails with A. Kim regarding revisions to memorandum (0.20); research and listen to additional videos regarding Lacoste (1.00); review memorandum regarding social media posts relating to Lacoste and allegations (0.30); call with J. Nelson regarding status (0.20) | 1.70 hrs | $1,020.00 |
| 04/13/20 | EAW | Draft anti-SLAPP motion to strike section regarding public figure | 2.00 hrs | $900.00 |
| 04/13/20 | EAW | Legal research regarding public figure in First Amendment law | 2.50 hrs | $1,125.00 |
| 04/13/20 | KSZ | Review and edit motion to strike | 1.50 hrs | $900.00 |
| 04/14/20 | EAW | Legal research regarding tortious interference in California (1.50); draft anti-SLAPP motion to strike section regarding probability of success on merits (2.00) | 3.50 hrs | $1,575.00 |
| 04/15/20 | EAW | Legal research regarding tortious inference in California (0.50); draft anti-SLAPP motion to strike sections regarding probability of success on merits and public issue (1.00) | 1.50 hrs | $675.00 |
| 04/20/20 | AK | Review and organize exhibits to be filed with Motion to Strike | 5.50 hrs | $825.00 |
| 04/20/20 | EAW | Legal research regarding public figure in First Amendment law (1.00); draft anti-SLAPP motion to strike section regarding public issue (0.50) | 1.50 hrs | $675.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/20/20 | KSZ | Read and analysis of Twitter emails for statement of facts for Motion to Strike (0.70); read transcripts of YouTube Videos for statement of facts (1.50); read letters from Severo for statement of facts (0.20); read websites for information on Plaintiff for statement of facts for Motion to Strike (0.50); legal research regarding public figure status for First Amendment purposes (1.50); review and analysis of complaint for statement of facts (1.00); revise statement of facts (1.00); review draft Motion to Strike (1.00) | 7.40 hrs | $4,440.00 |
| 04/21/20 | AK | Review and organize exhibits to be filed with Motion to Strike | 4.50 hrs | $675.00 |
| 04/21/20 | EAW | Draft anti-SLAPP motion to strike section regarding statement of facts | 2.00 hrs | $900.00 |
| 04/21/20 | KSZ | Emails with A. Kim regarding factual research for Motion to Strike found in public documents (1.00); multiple emails with E. Westlund regarding insertion by Plaintiff into public eye (0.50); legal research regarding public interest prong (2.50); draft public interest prong of brief (1.50); draft fact section of brief (2.20); email with opposing counsel regarding required meet and confer (0.20) | 7.90 hrs | $4,740.00 |
| 04/22/20 | AK | Review and organize exhibits to be filed with Motion to Strike | 2.50 hrs | $375.00 |
| 04/22/20 | EAW | Legal research regarding issue of public importance (5.50); Draft anti-SLAPP motion to strike section regarding protected activity (2.50) | 8.00 hrs | $3,600.00 |
| 04/22/20 | KSZ | Legal research for section of brief on public interest prong of analysis (2.70); draft fact section of brief (1.00); draft section of brief on public interest prong (0.20); legal research regarding warnings and public interest (1.00); draft section of brief on warnings and public interest (0.50); multiple emails with E. Westlund regarding facts and documents for judicial notice (0.20) | 5.60 hrs | $3,360.00 |
| 04/23/20 | EAW | Prepare for and participate in required meet and confer conference call with R. Severo and his paralegal and K. Zeldin | 1.50 hrs | $675.00 |
| 04/23/20 | EAW | Draft anti-SLAPP motion to strike sections on protected activity and probability of success on merits | 3.30 hrs | $1,485.00 |
| 04/23/20 | EAW | Prepare for and participate in required meet and confer conference call with R. Severo and his paralegal and K. Zeldin | 1.20 hrs | $540.00 |
| 04/23/20 | KSZ | Prepare for and participate in required meet and confer conference call with R. Severo and his paralegal and E. Westlund (1.20); review E. Westlund's summary of same (0.20); emails with J. Nelson regarding same (0.20); legal research for and draft sections of brief regarding standard to apply on Motion to Strike in federal court (3.20) | 4.80 hrs | $2,880.00 |
| 04/24/20 | AK | Conduct research regarding public comments made prior to client's first YouTube video posting | 5.00 hrs | $750.00 |
| 04/24/20 | EAW | Confer with K. Zeldin regarding anti-SLAPP | 0.20 hrs | $90.00 |
| 04/24/20 | EAW | Draft anti-SLAPP motion to strike section regarding public figure | 4.00 hrs | $1,800.00 |

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/24/20 | KSZ | Legal research to bolster First Amendment defense (2.00); edit Motion to Strike statement of facts and sections on tortious interference claims (2.20) | 4.20 hrs | $2,520.00 |
| 04/25/20 | KSZ | Revise section of brief on standard for anti-SLAPP motion (1.00); attention to issues regarding Request for Judicial notice and declarations under 9th Circuit standard (0.50); draft introduction to motion to strike (0.50); legal research regarding malice standard (2.20); legal research regarding tortious interference claims for Motion to Strike (2.50); draft sections of brief on probability of success on merits (2.00); legal research regarding Ninth Circuit standard for SLAPP motion (2.20) | 10.90 hrs | $6,540.00 |
| 04/26/20 | AK | Conduct further research on social media comments | 2.00 hrs | $300.00 |
| 04/26/20 | EAW | Confer with K. Zeldin regarding anti-SLAPP (0.20); draft anti-SLAPP motion to strike section regarding public issue (4.00) | 4.20 hrs | $1,890.00 |
| 04/26/20 | KSZ | Extensive revisions to Motion to Strike (Anti-SLAPP motion) (7.00); read cases regarding 48a and research and analysis regarding same (1.20) | 8.20 hrs | $4,920.00 |
| 04/27/20 | EAW | Legal research regarding requests for judicial notice in anti-SLAPP litigation (2.00); draft Request for Judicial Notice in support of anti-SLAPP motion to strike regarding YouTube videos evidence (0.50) | 2.50 hrs | $1,125.00 |
| 04/27/20 | KSZ | Review of evidence for citation of same in brief (0.70); analysis of documents for Request for Judicial Notice or declaration (1.00) | 1.70 hrs | $1,020.00 |
| 04/28/20 | AK | Review and organize exhibits for Motion to Strike | 2.00 hrs | $300.00 |
| 04/28/20 | EAW | Draft Request for Judicial Notice in support of anti-SLAPP motion to strike regarding public tweets and websites | 2.20 hrs | $990.00 |
| 04/28/20 | KSZ | Revise request for judicial notice and declarations | 0.70 hrs | $420.00 |
| 04/29/20 | EAW | Call with K. Zeldin and staff regarding filing (0.50); draft anti-SLAPP motion to strike sections regarding statement of facts and public figure (2.00) | 2.50 hrs | $1,125.00 |
| 04/29/20 | KSZ | Revise declarations and Request for Judicial Notice and proposed orders (2.00); review cases on separating fee issue from Motion to Strike and incorporate same into brief (1.20); multiple emails with E. Westlund regarding format of videos to submit to court per Notice of Lodging (0.50); multiple emails regarding logistics of filing with E. Westlund and A. Kim (0.50); call with E. George regarding revisions to brief (0.20); edit brief to incorporate changes from E. George (2.50); emails with J. Nelson regarding declaration, questions and edits to brief (0.50); edit brief to incorporate J. Nelson comments (0.20); read standing order and local rules for upcoming filing (0.70) | 8.30 hrs | $4,980.00 |
| 04/30/20 | AK | Review and organize exhibits for Motion to Strike | 2.00 hrs | $300.00 |
| 04/30/20 | EAW | Call with K. Zeldin and staff regarding filing (0.50) | 0.50 hrs | $225.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 04/30/20 | EAW | Legal research regarding requests for judicial notice in anti-SLAPP litigation (1.00); draft anti-SLAPP motion to strike section regarding probability of success on merits (1.70) | 2.70 hrs | $1,215.00 |
| 04/30/20 | KSZ | Revise proposed orders (0.50); revise notice of motion and memorandum of points and authorities (2.70); review exhibits for filing (1.50); check citations in brief (1.70); revise Request for Judicial Notice (0.70) | 7.10 hrs | $4,260.00 |
| 05/01/20 | AK | Review and finalize exhibits and pleadings regarding Motion to Strike | 5.00 hrs | $750.00 |
| 05/01/20 | EAW | Finalize anti-SLAPP motion to strike for filing (5.50) | 5.50 hrs | $2,475.00 |
| 05/01/20 | EAW | Finalize anti-SLAPP motion to strike, attorney declarations, requests for judicial notice, and proposed order for filing | 5.50 hrs | $2,475.00 |
| 05/01/20 | KSZ | Finalize Motion to Strike and accompanying declarations, Request for Judicial Notice and exhibits for filing | 6.50 hrs | $3,900.00 |
| 05/04/20 | KSZ | Review and revise calendar (0.20); review Court Orders regarding scheduling (0.20) | 0.40 hrs | $240.00 |
| 05/11/20 | KSZ | Review and analysis of response to Motion to Strike and Declaration in Support of Same | 0.60 hrs | $360.00 |
| 05/12/20 | AK | Conduct research on various issues for upcoming reply to motion to strike | 2.00 hrs | $300.00 |
| 05/12/20 | EAW | Legal research regarding nonactionable opinion in defamation law for reply brief | 2.30 hrs | $1,035.00 |
| 05/12/20 | KSZ | Review court's order striking opposition and emails with J. Nelson regarding same (0.20); emails from E. Westlund regarding Court's order and effect of same and outline of issues for reply brief (0.50); draft outline of issues for research and investigation for reply brief (0.50); read draft insert regarding cease and desist letter admissibility (0.20); call with A. Kim and E. Westlund regarding reply brief tasks (0.20); call with J. Nelson regarding strategy for reply brief (0.40) | 2.00 hrs | $1,200.00 |
| 05/13/20 | AK | Conduct research on various issues for upcoming reply to motion to strike | 1.00 hrs | $150.00 |
| 05/14/20 | EAW | Legal research regarding nonactionable opinion in defamation law | 2.00 hrs | $900.00 |
| 05/14/20 | EAW | Draft reply in support of anti-SLAPP | 2.50 hrs | $1,125.00 |
| 05/14/20 | KSZ | Read amended opposition and email from E. Westlund regarding same (0.30); email to J. Nelson regarding update (0.10); review factual research memos from A. Kim for reply brief (0.40) | 0.80 hrs | $480.00 |
| 05/15/20 | EAW | Draft reply in support of anti-SLAPP regarding nonactionable opinion in defamation law | 3.50 hrs | $1,575.00 |

Daniel 'Keemstar' Keem                                                                          PAGE    6
Client/Matter No.:            7994  -  0001    -  22306

| | | | | |
|---|---|---|---|---|
| 05/15/20 | KSZ | Legal research regarding response to public interest prong including review of new cases (4.80); legal research regarding standard of review and burden-shifting under Planned Parenthood case and cases following it (1.20); read memo regarding third party tweets for Reply brief (0.30) | 6.30 hrs | $3,780.00 |
| 05/16/20 | KSZ | Draft section of reply brief on public interest prong of Motion to Strike | 2.50 hrs | $1,500.00 |
| 05/17/20 | KSZ | Legal research and analysis of case law for section of reply brief relating to First Amendment (2.30); review case law for section of reply brief on tortious interference (0.80); draft section of reply brief on tortious interference claims (1.10); draft section of brief on First Amendment (1.40); revise sections of reply brief on public interest (1.20); further analysis of case law regarding public interest and standard under Planned parenthood (1.20) | 8.00 hrs | $4,800.00 |
| 05/18/20 | EAW | Legal research regarding failure to submit opposition to motion to strike | 0.50 hrs | $225.00 |
| 05/18/20 | EMG | Review court order, discuss same with K. Zeldin | 0.50 hrs | $450.00 |
| 05/18/20 | KSZ | Emails with E. George regarding court order on motion to strike (0.30); review Severo declaration and amended opposition (0.40); emails to J. Nelson regarding court's order (0.20); draft and review reply brief (2.40) | 3.30 hrs | $1,980.00 |
| 05/19/20 | EMG | Confer with K. Zeldin regarding Lacoste's opposition | 0.80 hrs | $720.00 |
| 05/19/20 | KSZ | Draft reply brief (2.00); legal research for reply brief (1.10); confer with E. George regarding opposition (0.80) | 3.90 hrs | $2,340.00 |
| 05/20/20 | EAW | Legal research regarding non actionable opinion in defamation law (2.00); and draft reply brief in support of motion to strike (1.00) | 3.00 hrs | $1,350.00 |
| 05/20/20 | EMG | Review and revise Reply to Motion to Strike | 1.30 hrs | $1,170.00 |
| 05/20/20 | KSZ | Calls with E. George regarding revisions to reply brief (0.60); review emails with E. George's edits and implement same (3.20); edit reply brief (1.00) | 4.80 hrs | $2,880.00 |
| 05/21/20 | EAW | Cite check all cases cited in reply brief in support of motion to strike | 4.50 hrs | $2,025.00 |
| 05/21/20 | KSZ | Email to J. Nelson regarding reply brief (0.10); edit objections to opposing party's declaration and emails with E. Westlund regarding same (1.20); edit reply brief (1.70); review court order striking brief (0.10); call with J. Nelson regarding reply brief and court order (0.20); call with E. George regarding reply brief in light of court's order (0.20); research regarding filing reply brief without opposition and potential filing of supplemental authorities (0.80); review articles for public interest point in brief (0.60) | 4.90 hrs | $2,940.00 |
| 05/29/20 | KSZ | Email from R. Severo regarding motion for reconsideration and meet and confer regarding same | 0.10 hrs | $60.00 |

EXHIBIT D
18

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/01/20 | KSZ | Meet and confer with R. Severo regarding motion for reconsideration and draft emails to R. Severo and E. George regarding same | 0.70 hrs | $420.00 |
| 06/04/20 | KSZ | Review motion for reconsideration and cases cited therein and order from court relating to same | 0.50 hrs | $300.00 |
| 06/11/20 | KSZ | Review and analysis of Motion for Reconsideration and Declaration of R. Severo (0.80); legal research for opposition to Motion for Reconsideration (1.80); review record for statement of facts for opposition to motion for reconsideration (0.90); draft opposition to Motion for Reconsideration (3.70) | 7.20 hrs | $4,320.00 |
| 06/12/20 | EAW | Review and analyze opposition to anti-SLAPP motion to strike (0.30); file Reply (0.20) | 0.50 hrs | $225.00 |
| 06/12/20 | KSZ | Edit opposition to motion for reconsideration (3.60); read court order regarding motion for reconsideration (0.20); edit reply in support of Motion to Strike (anti-SLAPP) (0.60); email to J. Nelson regarding status (0.20) | 4.60 hrs | $2,760.00 |
| 06/19/20 | EAW | Review and analyze Plaintiff ex parte application (0.50); draft opposition to ex parte application (3.50) | 4.00 hrs | $1,800.00 |
| 06/19/20 | KSZ | Review Plaintiff's ex parte application regarding sur-reply (0.30); email to E. Westlund regarding drafting reply to same (0.20) | 0.50 hrs | $300.00 |
| 06/21/20 | KSZ | Review draft opposition to Plaintiff's request for Sur-Reply (0.50); legal research for opposition to Plaintiff's request for Sur-Reply (1.10); revise opposition to Plaintiff's request for Sur-Reply (1.50) | 3.10 hrs | $1,860.00 |
| 06/23/20 | EAW | Review and analyze court order regarding anti-SLAPP (0.50); legal research regarding fees motion in anti-SLAPP litigation (1.70) | 2.20 hrs | $990.00 |
| 06/23/20 | KSZ | Read Court's order on surreply and order on Motion to Strike (0.50); call with E. Westlund on timing of fee motion and email from him regarding same (0.20) | 0.70 hrs | $420.00 |
| 06/24/20 | EAW | Legal research regarding fees motion in anti-SLAPP litigation (2.80); draft fees motion for anti-SLAPP prevailing party (5.50) | 8.30 hrs | $3,735.00 |
| 06/24/20 | KSZ | Email and call with E. Westlund regarding fee motion | 0.10 hrs | $60.00 |
| 06/26/20 | EAW | Legal research regarding fees motion in anti-SLAPP litigation | 4.70 hrs | $2,115.00 |
| 06/26/20 | EAW | Legal research regarding lodestar method for calculating reasonable attorneys' fees in anti-SLAPP litigation | 4.70 hrs | $2,115.00 |
| 06/26/20 | KSZ | Review E. Westlund's analysis of legal issues for fee motion and email exchange with questions regarding same (0.40); draft email to E. George regarding fee motion (0.30) | 0.70 hrs | $420.00 |
| 06/29/20 | EAW | Legal research regarding fee awards granted in analogous anti-SLAPP litigation | 3.50 hrs | $1,575.00 |

Daniel 'Keemstar' Keem                                                                                           PAGE    8

Client/Matter No.:              7994  -  0001      -  22306

|  | Total professional services rendered: | 307.80 hrs | $151,785.00 |
|---|---|---|---|

## FEE SUMMARY

| Kim, Anne | 38.20 hrs | $150.00 /hr | $5,730.00 |
|---|---|---|---|
| Westlund, Eric A. | 115.50 hrs | $450.00 /hr | $51,975.00 |
| George, Eric M. | 5.40 hrs | $900.00 /hr | $4,860.00 |
| Zeldin, Kim S. | 148.70 hrs | $600.00 /hr | $89,220.00 |
|  | 307.80 hrs |  |  |

## DISBURSEMENTS

| 05/08/20 | Westlaw / online research | $6,266.51 |
|---|---|---|
| 05/11/20 | Federal Express to US District Court on 5/1/2020 | $22.39 |
| 05/11/20 | Federal Express to US District Court on 5/1/2020 | $19.74 |
| 06/05/20 | Westlaw / online research | $1,460.09 |
| 06/05/20 | RELX Inc. / online research | $462.00 |
| 06/19/20 | First Legal Network, LLC to USDC - Los Angeles on 3/27/2020 | $34.32 |
| 06/30/20 | Black & White Reproduction | $61.40 |
| 06/30/20 | Color Reproduction | $8.40 |
|  | Total Disbursements | $8,334.85 |

Daniel 'Keemstar' Keem                                                                                        PAGE      9
Client/Matter No.:              7994  -  0001      -  22306

**Remit Wire Payments To:**
Bank Account Name: Browne George Ross LLP
Bank Account Number: 2100018809
Bank Name and Address: 1st Century Bank
1875 Century Park East
Los Angeles, CA 90067
ABA Number: 122243761

For International Transfers, 1st Century uses the following Correspondent Bank

Receiving Bank:  MidFirst Bank
501 NW Grand Blvd.
Oklahoma City, OK 73118
Bank Account Name: Browne George Ross LLP
Bank Account Number: 2100018809
Bank Swift Code: MFBKUS44