**BROWNE GEORGE ROSS LLP**
Eric M. George (State Bar No. 166403)
  egeorge@bgrfirm.com
Kim S. Zeldin (State Bar No. 135780)
  kzeldin@bgrfirm.com
Eric A. Westlund (State Bar No. 293403)
  ewestlund@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Defendant
DANIEL "KEEMSTAR" KEEM, dba
DRAMAALERT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NICKO "ROMEO" LACOSTE, dba THE CALIFORNIA DREAM TATTOO,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL "KEEMSTAR" KEEM, dba DRAMAALERT,<br><br>Defendant. | Case No. 2:20-CV-02323-RGK-JPR<br><br>The Hon. R. Gary Klausner<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR ATTORNEYS' FEES FOLLOWING ISSUANCE OF ORDER GRANTING ANTI-SLAPP MOTION**<br><br>Date:        August 24, 2020<br>Time:       9:00 a.m.<br>Courtroom: 850<br><br>Trial Date: None Set |

## ORDER

This Court, having considered Defendant's Motion For Attorneys' Fees Following Issuance of Order Granting Anti-SLAPP Motion and the papers filed in support thereof, ORDERS as follows:

Defendant's Motion is GRANTED, and Plaintiff Nicko "Romeo" Lacoste shall pay to Defendant Daniel Keem the amount of $153,135.00 in attorneys' fees and $8,188.60 in costs incurred in this lawsuit pursuant to California Code of Civil Procedure Section 425.16(c).

**IT IS SO ORDERED.**

DATED: _____, 2020

_____
Hon. R. Gary Klausner
Judge of the United States District Court