# UNITED STATES DISTRICT COURT
## Central District of California

## APPLICATION TO THE CLERK TO TAX COSTS

NICKO "ROMEO" LACOSTE , Plaintiff

V.                                                    Case Number:  2:20-CV-02323-RGK-JPR

DANIEL "KEEMSTAR" KEEM , Defendant

Judgment was entered in this action on  7/13/2020  /  46  against  NICKO "ROMEO" LACOSTE , Plaintiff .
 ‾‾‾‾‾‾‾Date‾‾‾     ‾Docket No.‾

**NO HEARING ON THIS APPLICATION WILL BE HELD UNLESS THE CLERK NOTIFIES THE PARTIES OTHERWISE.**

| | |
|---|---|
| Clerk's Fees (L.R. 54-3.1): | |
| Fees for Service of Process (L.R. 54-3.2): | |
| United States Marshal's Fees (L.R. 54-3.3): | |
| Transcripts of Court Proceedings (L.R. 54-3.4): | |
| Depositions (L.R. 54-3.5): | |
| Witness Fees - itemize on page 2 (L.R. 54-3.6): | |
| Interpreter's Fees (L.R. 54-3.7): | |
| Docket Fees (L.R. 54-3.8): | |
| Court-Appointed Experts, Masters, Commissioners, and Receivers (L.R. 54-3.9): | |
| Certification, Exemplification and Reproduction of Documents (L.R. 54-3.10): | $146.25 |
| Premiums on Undertakings and Bonds (L.R. 54-3.11): | |
| Other Costs - attach court order (L.R. 54-3.12): | |
| State Court Costs (L.R. 54-3.13): | |
| Costs on Appeal (L.R. 54-4): | |
| Costs on a Bankruptcy Appeal to the District Court (L.R. 54-5): | |
| **TOTAL** | $146.25 |

**NOTE: You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations.  All receipts must be self-explanatory.**

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this application has been served on all parties by:

[✓] The Court's CM/ECF System
[ ] Conventional service by first class mail
[ ] Other _____

_/s/ Kim S. Zeldin_                                    KIM S. ZELDIN
Signature                                              Print Name

Attorney for: DANIEL "KEEMSTAR" KEEM , Defendant

Costs are taxed in the amount of _____

_____          By: _____          _____
Clerk of Court                   Deputy Clerk                          Date

| WITNESS FEES (computation, *see* 28 U.S.C. § 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | TOTAL | |

## BILL OF COSTS

| Taxable Cost | Amount | Page(s) |
|---|---|---|
| Federal Express to US District Court 5/1/2020 | $22.39 | 4 |
| Federal Express to US District Court 5/1/2020 | $19.74 | 4 |
| First Legal Network to US District Court 3/27/2020 | $34.32 | 5-6 |
| Black and white copies for filing 5/1/2020 | $61.40 | 7-8 |
| Color copies for filing 5/1/2020 | $8.40 | 7, 9 |

**Total: $146.25**

| **Invoice Number** | **Invoice Date** | **Account Number** | Page |
|---|---|---|---|
| 7-006-45993 | May 08, 2020 | 3674-5986-7 | 11 of 12 |

| **Ship Date:** May 01, 2020 | **Cust. Ref.:** 7994-001/KEEM | **Ref.#2:** |
|---|---|---|
| **Payor:** Shipper | **Ref.#3:** | |

- Fuel Surcharge - FedEx has applied a fuel surcharge of 1.75% to this shipment.
- Business Closed or Adult Recipient Unavailable - Delivery Not Completed.
- Distance Based Pricing, Zone 2
- 1st attempt May 04, 2020 at 10:23 AM.
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as Customer Packaging.

| Automation | INET | **Sender** | | **Recipient** | |
|---|---|---|---|---|---|
| Tracking ID | 770368420058 | nancy Torrecillas | | Chambers Judge Gary R. Klausne | |
| Service Type | FedEx Priority Overnight | 2121 Avenue of the Stars | | U.S. DISTRICT COURT | |
| Package Type | Customer Packaging | LOS ANGELES CA 90067 US | | 255 East Temple Street | |
| Zone | 02 | | | LOS ANGELES CA 90012 US | |
| Packages | 1 | | | | |
| Rated Weight | 3.0 lbs, 1.4 kgs | | | | |
| Delivered | May 04, 2020 10:43 | Transportation Charge | | | 34.38 |
| Svc Area | A1 | Discount | | | -12.38 |
| Signed by | C.CARLOS | Fuel Surcharge | | | 0.39 |
| FedEx Use | 000000000/1486/_ | **Total Charge** | | **USD** | **$22.39** |

| **Ship Date:** May 01, 2020 | **Cust. Ref.:** 7994-001/KEEM | **Ref.#2:** |
|---|---|---|
| **Payor:** Shipper | **Ref.#3:** | |

- Fuel Surcharge - FedEx has applied a fuel surcharge of 1.75% to this shipment.
- Business Closed or Adult Recipient Unavailable - Delivery Not Completed.
- Distance Based Pricing, Zone 2
- 1st attempt May 04, 2020 at 10:23 AM.

| Automation | INET | **Sender** | | **Recipient** | |
|---|---|---|---|---|---|
| Tracking ID | 770368468019 | nancy Torrecillas | | CLERK'S OFFICE | |
| Service Type | FedEx Priority Overnight | 2121 Avenue of the Stars | | U.S. DISTRICT COURT | |
| Package Type | FedEx Pak | LOS ANGELES CA 90067 US | | 255 East Temple Street | |
| Zone | 02 | | | LOS ANGELES CA 90012 US | |
| Packages | 1 | | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | | | | |
| Delivered | May 04, 2020 10:43 | Transportation Charge | | | 30.31 |
| Svc Area | A1 | Discount | | | -10.91 |
| Signed by | C.CARLOS | Fuel Surcharge | | | 0.34 |
| FedEx Use | 000000000/1486/_ | **Total Charge** | | **USD** | **$19.74** |

1128-02-00-0000189-0001-0001734

**FL** **First Legal Network, LLC**
P.O. Box 743451
Los Angeles CA  90074-3451

V# 39737

**INVOICE**

*** REPRINT ***

| Invoice No. | Customer No. |
|---|---|
| 10307170 | 81146 |
| **Invoice Date** | **Total Due** |
| 4/15/20 | 2,248.06 |
| | |
| | |
| | |

TAX ID# 27-3093840

BROWNE GEORGE ROSS LLP-CC
2121 AVENUE OF THE STARS
SUITE 2800
LOS ANGELES, CA 90067

BILLING/PAYMENT QUESTIONS
CLIENT CARE (877)350-8698

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 81146 | 10307170 | 4/15/20 | 2,248.06 | 1 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 3/27/20 | 4332547 | PDF | BROWNE GEORGE ROSS LLP - CC       USDC-LOS ANGELES | Base Chg  :  23.50 | 40.38 |
| PDF COURTESY DELIVERY | | | 2121 AVENUE OF THE STARS       255 EAST TEMPLE STREET | Addt'lChgs:  16.88 | |
| | | | LOS ANGELES      CA 90067       LOS ANGELES       CA 90012 | | |
| | | | Caller: Marie Ramirez | | |
| | | | 20CV2323                       COURTESY CPY TO JDGE | | |
| | | | NICKO tROMEOv LACOSTE V DANIEL tKEEMSTKLAUSNER'S CHAMBERS | | |
| | | | STIP TO EXTEND | | |
| | | | | | |
| | | | Signed: FED EX                 Ref: 7994-001 | | |
| | | | | | Continued |

# INVOICE PAYMENT DUE UPON RECEIPT

## BROWNE GEORGE ROSS LLP

## Voucher Edit

| Rec. #<br>Vch #<br> | Vendor Code/ Vendor Name<br>Voucher Type<br>AP  Account | Vendor Terms<br>Distribution Date | Bank<br>P.O. Number | Invoice Number<br>Due Date<br>Separate Check | Invoice Date<br>Discount Date<br>Discount Account | Invoice Amount<br>Discount Amount<br>Non Discount Amount |
|---|---|---|---|---|---|---|
| **2** | **FIRSTLEGAL  First Legal Network, LLC** | | | 10307170 | 4/15/2020 | $2,248.06 |
| 39737 | A/P Voucher | D | | 5/15/2020 | 4/15/2020 | $0.00 |
| | CAP | 6/19/2020 | | | | $0.00 |
| | Customer No. 81146 | | | | | |

| GL Distributions | | | Amount | Adv/Wit Ck | Net | 15% | 85% Amount to Bill |
|---|---|---|---|---|---|---|---|
| Expense Distributions | Expense Code | | | | | | |
| 7994  0001 | LSUP  Litigation Support 85% | | $     40.38 | $        - | $     40.38 | $        6.06 | $   34.32  $          34.32 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Total | | $     2,502.72 | $     805.00 | $  1,697.72 | $        254.66 | $  2,248.06 | $      2,248.06 |

# BROWNE GEORGE ROSS LLP

## Account Summary By WorkCode

Date Range
From: 2020-05-01 00:00
To: 2020-06-30 23:59

| | TransCount | Pages/Quantity | Gross Charges | Net Charges |
|---|---|---|---|---|
| **7994.001 Daniel "Keemstar" Keem / Daniel Keem adv. Nicko Lacoste:** | | | | |
| WorkCode: BWPRINT | 16 | 307 | 61.40 | 61.40 |
| WorkCode: CLRPRINT | 3 | 28 | 8.40 | 8.40 |
| **Totals For 7994.001 Daniel "Keemstar" Keem / Daniel Keem adv. Nicko Lacoste:** | 19 | 335 | 69.80 | 69.80 |

Included transaction type(s): Fax, Copy, Disb, DBase, Laser, Time, Phone

Copies
Black and White

|  | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Client: | 7994 | Daniel 'Keemstar' Keem | | |
| 2 | Matter: | 1 | Daniel Keem adv. Nicko Lacoste | | |
| 3 | | | | | |
| 4 | Processed: 7/17/2020 | | | | |
| 5 | | | | | |
| 6 | Date | ExpCd | Amount | Narrative | |
| 7 | 05/01/2020 | BW | 6.00 | Print | |
| 8 | 05/01/2020 | BW | 18.00 | Print | |
| 9 | 05/01/2020 | BW | 1.20 | Print | |
| 10 | 05/01/2020 | BW | 1.20 | Print | |
| 11 | 05/01/2020 | BW | 3.20 | Print | |
| 12 | 05/01/2020 | BW | 1.20 | Print | |
| 13 | 05/01/2020 | BW | 1.20 | Print | |
| 14 | 05/01/2020 | BW | 1.20 | Print | |
| 15 | 05/01/2020 | BW | 1.20 | Print | |
| 16 | 05/01/2020 | BW | 3.60 | Print | |
| 17 | 05/01/2020 | BW | 9.60 | Print | |
| 18 | 05/01/2020 | BW | 3.60 | Print | |
| 19 | 05/01/2020 | BW | 1.80 | Print | |
| 20 | 05/01/2020 | BW | 5.40 | Print | |
| 21 | 05/01/2020 | BW | 1.20 | Print | |
| 22 | 05/01/2020 | BW | 1.80 | Print | |
| 23 | | | | | |
| 24 | | Total | 61.4 | | |

**Copies**
**Color**

|  | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Client: | 7994 | Daniel 'Keemstar' Keem | | |
| 2 | Matter: | 1 | Daniel Keem adv. Nicko Lacoste | | |
| 3 | | | | | |
| 4 | Processed: 07/17/2020 | | | | |
| 5 | | | | | |
| 6 | Date | ExpCd | Amount | Narrative | |
| 7 | 05/01/2020 | CLR | 1.80 | Print | |
| 8 | 05/01/2020 | CLR | 4.80 | Print | |
| 9 | 05/01/2020 | CLR | 1.80 | Print | |
| 10 | | | | | |
| 11 | | Total | 8.4 | | |