BROWNE GEORGE ROSS LLP
Eric M. George (State Bar No. 166403)
  egeorge@bgrfirm.com
Kim S. Zeldin (State Bar No. 135780)
  kzeldin@bgrfirm.com
Eric A. Westlund (State Bar No. 293403)
  ewestlund@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Defendant
DANIEL "KEEMSTAR" KEEM, dba
DRAMAALERT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NICKO "ROMEO" LACOSTE, dba THE CALIFORNIA DREAM TATTOO, | Case No. 2:20-CV-02323-RGK-JPR |
| | The Hon. R. Gary Klausner |
| Plaintiff, | **SUPPLEMENTAL DECLARATION OF ERIC M. GEORGE IN SUPPORT OF DEFENDANT'S REPLY IN SUPPORT OF MOTION FOR ATTORNEYS' FEES** |
| vs. | |
| DANIEL "KEEMSTAR" KEEM, dba DRAMAALERT, | |
| | Date:        August 24, 2020 |
| Defendant. | Time:        9:00 a.m. |
| | Courtroom:  850 |
| | Trial Date: None Set |

# SUPPLEMENTAL DECLARATION OF ERIC M. GEORGE

I, Eric M. George, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before this Court and all courts of the State of California. I am a partner with Browne George Ross LLP, counsel of record for Defendant Daniel "Keemstar" Keem in the above-captioned action. This Supplemental Declaration in Support of Defendant's Reply In Support Of Motion for Attorneys' Fees (the "Reply") supplements my declaration filed on July 24, 2020 in connection with Defendants' Motion for Attorneys' Fees. I have personal knowledge of the facts set forth below. If called as a witness I would and could competently testify to the matters stated herein.

2. Attached hereto as **Exhibit A** is a true and correct copy of a spreadsheet that lists, by date and timekeeper, the time and fees entered into Browne George Ross's billing system for legal services rendered for this matter in the month of August 2020. These fees were all incurred in connection with the following work performed by Browne George Ross attorneys on behalf of Mr. Keem: review of Plaintiff's Opposition to Defendant's Motion for Attorneys' Fees and the cases cited therein, and research and preparation of the Reply and my Supplemental Declaration in support thereof.

3. The spreadsheet included in Exhibit A reflects daily time entries from each attorney (myself, Kim Zeldin, and Eric Westlund) with descriptions of the work performed by each lawyer. Each task was separately billed in tenths of an hour and the time for each task is broken out in the entry for each day. The legal services described in the spreadsheet attached as Exhibit A were actually and necessarily performed for Mr. Keem's defense against Plaintiff's claims.

4. The total fees requested for the work performed for the Reply is $18,090.00.

5. In addition to the fees, Browne George Ross incurred $773.91 in Westlaw fees, which are also included with Exhibit A.

6. The fees and costs reflected in <u>Exhibit A</u> either have been paid, or the obligation for payment has been incurred and is outstanding.

Executed this 10th day of August, 2020, at Los Angeles, California.

I declare under penalty of perjury that the foregoing is true and correct.

/*Eric M. George*
Eric M. George

-4-

# EXHIBIT A

| Client | 7994 | | | | Daniel "Keemstar" Keem |
|---|---|---|---|---|---|
| Matter | 0001 | | | | Daniel Keem adv. Nicko Lacoste |

**FEES**

| Entry Date | Timekeeper ID | Rate | Hours Worked | Amount | Narrative |
|---|---|---|---|---|---|
| 8/4/2020 | EAW | $ 450.00 | 3.30 | $ 1,485.00 | Review and analyze opposition to fees motion (0.90); legal analysis of cases cited by Plaintiff (2.40) |
| 8/5/2020 | EAW | $ 450.00 | 3.20 | $ 1,440.00 | Legal research re grounds for denial of fees in anti-SLAPP litigation (3.20) |
| 8/5/2020 | KSZ | $ 600.00 | 1.30 | $ 780.00 | Review and analysis of Opposition to Motion for Attorneys' Fees and prepare list of items not addressed or conceded to |
| 8/6/2020 | EAW | $ 450.00 | 4.70 | $ 2,115.00 | Legal research re grounds for denial of fees in anti-SLAPP litigation (2.30); draft analysis distinguishing cases re denial of fees in anti-SLAPP litigation (2.40) |
| 8/6/2020 | KSZ | $ 600.00 | 5.70 | $ 3,420.00 | Review cases cited in opposition to Motion for Attorneys' fees on special circumstances (2.50); draft outline for reply brief (1.00); legal research regarding plaintiff's burden of proof and draft section of reply re same (2.20) |
| 8/7/2020 | EAW | $ 450.00 | 2.60 | $ 1,170.00 | Draft inserts distinguishing cases (1.80); cite-check and revise Reply brief (0.80) |
| 8/7/2020 | KSZ | $ 600.00 | 5.60 | $ 3,360.00 | Draft and edit section of brief on special circumstances exception and review of case law relating to same (3.60); draft and edit introduction (1.20); draft and edit section of brief regarding plaintiff's burden and review case law relating to same (0.80) |
| 8/8/2020 | KSZ | $ 600.00 | 1.20 | $ 720.00 | Edit introduction (0.80); edit section of brief on particular line items identified by Plaintiff (0.40) |
| 8/9/2020 | EMG | $ 900.00 | 2.50 | $ 2,250.00 | Review and revise Reply Brief in Support of Motion for Attorneys' Fees |
| 8/10/2020 | EMG | $ 900.00 | 1.50 | $ 1,350.00 | Complete declaration and finalization of Reply Brief in Support of Motion for Attorneys' Fees |

| | Fee Total: | | 31.60 | $ 18,090.00 | |
|---|---|---|---|---|---|

**EXPENSES**

| Entry Date | | | | Amount | Narrative |
|---|---|---|---|---|---|
| 7/21/2020 | | | | $ 773.91 | Westlaw / online research |

| | Expense Total: | | | $ 773.91 | |
|---|---|---|---|---|---|
| | Net: | | | $ 18,863.91 | |