# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: U.S. District Court, Central District of California

U.S. District Court case number: CV 20-02323-RGK-JPR

Date case was first filed in U.S. District Court: 03/10/2020

Date of judgment or order you are appealing: 07/13/2020

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

◉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Nicko Lacoste

Is this a cross-appeal? ○ Yes   ○ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ◉ No

If Yes, what is the prior appeal case number?

Your mailing address:

c/o Raoul J. Severo, Professional Law Corporation

500 N. Central Avenue, Suite 610

City: Glendale    State: CA    Zip Code: 91203

Prisoner Inmate or A Number (if applicable):

Signature: [signature]    Date: 7/23/2020

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 1                                                                                             Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
> Nicko Lacoste

Name(s) of counsel (if any):
> Raoul J. Severo  [CBN: 78104]
> Joseph Ryan [CBN: 301375]

Address: 500 N. Central Avenue, Suite 610, Glendale, CA 91203
Telephone number(s): 855-216-3990
Email(s): raoul@severolegal.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ◯ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
> David "Keemstar" Keem dba Dramaalert

Name(s) of counsel (if any):
> Kim Zeldin, Esq.
> Browne George Ross LLP

Address: 2121 Avenue of the Stars, Suite 2800, Los Angeles, CA 90067
Telephone number(s): 310-274-7100
Email(s): kzeldin@bgrfirm.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

Form 6                                     1                          New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*