BROWNE GEORGE ROSS LLP
Eric M. George (State Bar No. 166403)
  egeorge@bgrfirm.com
Kim S. Zeldin (State Bar No. 135780)
  kzeldin@bgrfirm.com
Eric A. Westlund (State Bar No. 293403)
  ewestlund@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Defendant
DANIEL "KEEMSTAR" KEEM, dba
DRAMAALERT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NICKO "ROMEO" LACOSTE, dba THE CALIFORNIA DREAM TATTOO,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL "KEEMSTAR" KEEM, dba DRAMAALERT,<br><br>Defendant. | Case No. 2:20-CV-02323-RGK-JPR<br><br>The Hon. R. Gary Klausner<br><br>**DEFENDANT'S RENEWED NOTICE OF MOTION AND FOR COSTS FOLLOWING ISSUANCE OF ORDER GRANTING ANTI-SLAPP MOTION AND ORDER REGARDING ATTORNEYS' FEES**<br><br>Date:        October 19, 2020<br>Time:       9:00 a.m.<br>Courtroom: 850<br><br>Trial Date: None Set |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, on October 19, 2020, at 9:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 850 of the United States District Court for the Central District of California, Western Division, located at 255 East Temple Street, Los Angeles, California 90012, Defendant, Daniel "Keemstar" Keem, dba Dramaalert ("Defendant" or "Keem"), will and hereby does present the Court with this renewed motion for an order awarding Keem his costs in the amount of $8,962.51 following issuance of the Court's order granting Keem's Anti-SLAPP Motion to Strike in full, and Motion for Attorneys' Fees, in part. The Order regarding attorneys' fees permitted the filing of this renewed motion.

This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the concurrently-filed Declaration of Eric M. George and the exhibits attached thereto, the Court's order (DE 56), the pleadings and papers on file herein, all other matters of which the Court may take judicial notice, and such other or further evidence and argument the Court may consider.

DATED:  September 15, 2020       BROWNE GEORGE ROSS LLP
                Eric M. George
                Kim S. Zeldin
                Eric A. Westlund


            By:   *s/Kim S. Zeldin*
               Kim S. Zeldin
           Attorneys for Defendant DANIEL
           "KEEMSTAR" KEEM, dba DRAMAALERT

## MEMORANDUM OF POINTS AND AUTHORITIES

In this renewed motion for costs, Defendant Daniel Keem seeks $8,962.51 costs comprised of Westlaw and Lexis charges.

On September 1, 2020, the Court issued an Order Re Defendant's Motion for Attorneys' Fees (DE 56). The Order was issued following the grant of Defendant's anti-SLAPP Motion and the entry of judgment against Plaintiff. The Order Re Defendant's Motion for Attorneys' fees in part granted the motion in part, awarding Defendant $142,095 in attorneys' fees. The Court denied Defendant's request for costs without prejudice to the Defendant filing a renewed motion within 14 days of entry of the Court's Order.

As set forth in the Declaration of Eric M. George accompanying this Renewed Motion for Costs, Westlaw and Lexis have similar arrangements with BGR and provide similar tools to allow BGR to pass those charges onto the firm's clients. During the period from May through July 2020, BGR paid Westlaw fees pursuant to a Subscriber Agreement with Westlaw for large and medium law firms. Pursuant to the Subscriber Agreement, for the months in question, BGR paid Westlaw a monthly fee for its use of Westlaw's standard database, which includes the use of federal and state court case law, statutes and regulations, news articles, and secondary sources such as law review articles. In order for BGR lawyers and paralegals to use the Westlaw database, when they log on, they must enter the billing number assigned to the particular matter or case. In this case, for example, BGR's billing number for the *Lacoste v. Keem* matter is 7994.001.

//
//

1

2         As part of its services, Westlaw provides BGR's accounting department with
3   an electronic tool allowing BGR to determine, on a monthly basis, the percentage of
4   the monthly rate that should be attributed to each client billing number.  The total
5   monthly charge is divided among the client matters based on the usage of the
6   database on behalf of the client for each matter by the lawyers and paralegals on a
7   pro rata basis for that particular month.  Lexis employs the same procedures.

8   DATED: September 15, 2020      BROWNE GEORGE ROSS LLP
9       Eric M. George
10      Kim S. Zeldin
11      Eric A. Westlund

13  By: *s/Kim S. Zeldin*
14      Kim S. Zeldin
15  Attorneys for Defendant DANIEL "KEEMSTAR" KEEM, dba DRAMAALERT