BROWNE GEORGE ROSS LLP
Eric M. George (State Bar No. 166403)
  egeorge@bgrfirm.com
Kim S. Zeldin (State Bar No. 135780)
  kzeldin@bgrfirm.com
Eric A. Westlund (State Bar No. 293403)
  ewestlund@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Defendant
DANIEL "KEEMSTAR" KEEM, dba
DRAMAALERT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NICKO "ROMEO" LACOSTE, dba THE CALIFORNIA DREAM TATTOO,<br><br>          Plaintiff,<br><br>     vs.<br><br>DANIEL "KEEMSTAR" KEEM, dba DRAMAALERT,<br><br>          Defendant. | Case No. 2:20-CV-02323-RGK-JPR<br><br>The Hon. R. Gary Klausner<br><br>**DECLARATION OF ERIC M. GEORGE IN SUPPORT OF DEFENDANT'S RENEWED MOTION FOR COSTS**<br><br>Date:         October 19, 2020<br>Time:        9:00 a.m.<br>Courtroom: 850<br><br>Trial Date: None Set |

# DECLARATION OF ERIC M. GEORGE

I, Eric M. George, declare and state as follows:

1. I am an attorney at law, duly admitted to practice before this Court and all courts of the State of California. I am a partner with Browne George Ross LLP ("BGR"), counsel of record for Defendant Daniel "Keemstar" Keem in the above-captioned action. This Declaration in Support of Defendant's Renewed Motion for Costs supplements my declarations filed on July 24, 2020 and August 10, 2020 in connection with Defendant's Motion for Attorneys' Fees. I have personal knowledge of the facts set forth below. If called as a witness I would and could competently testify to the matters stated herein.

2. In his Motion for Attorneys' Fees and Costs and in his Reply, Defendant requested a total of $8,962.51 in Westlaw and Lexis charges as follows:

| Date | Vendor | Charges |
|---|---|---|
| 05/08/20 | Westlaw | $6,266.51 |
| 06/05/20 | Westlaw | $1,460.09 |
| 06/05/20 | Lexis | $462 |
| 07/21/20 | Westlaw | $773.91 |

3. On September 1, 2020, the Court issued an order granting the Motion for Attorneys' Fees and Costs in part. The Court denied Defendant's request for his Westlaw and Lexis fees due to a lack of sufficient evidence regarding the Westlaw and Lexis fee arrangement with BGR and the manner in which the fees were charged to Defendant. The Court allowed Defendant to file a renewed motion for costs to supply this information within 14 days following entry of the Court's September 1, 2020 Order -- or September 15, 2020.

4. Westlaw and Lexis have similar arrangements with BGR and provide similar tools to allow BGR to pass those charges onto the firm's clients.

5.  During the period from April through July 2020, BGR paid Westlaw fees pursuant to a subscriber agreement with Westlaw for large and medium law firms. Pursuant to the subscriber agreement, for the months in question, BGR paid Westlaw a monthly fee for its use of Westlaw's standard database, which includes the use of federal and state court case law, statutes and regulations, news articles, and secondary sources such as law review articles.

6.  In order for BGR lawyers and paralegals to use the Westlaw database, when they log on, they must enter the billing number assigned to the particular matter or case. In this case, for example, BGR's billing number for the *Lacoste v. Keem* matter is 7994.001.

7.  As part of its services, Westlaw provides BGR's accounting department with an electronic tool allowing BGR to determine, on a monthly basis, the percentage of the monthly rate that is attributable to each client billing number. The Westlaw tool divides the total monthly charge among the client matters based on the pro rata usage of the database on behalf of the client for each matter by the lawyers and paralegals for that particular month.

8.  Lexis employs the same procedures.

9.  Attached hereto as Exhibits A, B and C are true and correct copies of the printouts using the tool provided by Westlaw for the Westlaw charges incurred in April, May and June, 2020, respectively for matter number 7994.001, which is the matter number for the *Lacoste v. Keem* matter. These charges appeared on the May, June and July 2020 invoices for this matter respectively that were billed to the client.

//
//
//
//
//

1    10.     Attached hereto as Exhibit D is a true and correct copy of the printout
2 of the results after using the tool provided by Lexis for the Lexis charges incurred in
3 May 2020 for the *Lacoste v. Keem* matter. Those charges appeared on the client's
4 June 2020 invoice.

5    Executed this 15th day of September, 2020, at Los Angeles, California.
6    I declare under penalty of perjury that the foregoing is true and correct.

8                                    */Eric M. George*
                                     Eric M. George