Ex. D

# EXHIBIT D


**LexisNexis PowerInvoice™**

**Date Range**
05/01/2020 - 05/31/2020

**Report Date**
09/14/2020

## DETAIL BY CLIENT/USER/DATE/ACTIVITY DESCRIPTION/TYPE OF CHARGE

| CLIENT | USER NAME | USER ID | PLACE OF BUSINESS | TIME KEEPER ID | MASTER FEATURE NAME | USER GROUP | MEMBER PROFILE NAME | DATE | PRICING CATEGORY | ACTIVITY DESCRIPTION | TYPE OF CHARGE | RESEARCH DESCRIPTION | OTHER DESCRIPTION | QUANTITY | GROSS AMOUNT | ADJUSTMENT | NET AMOUNT | TRANSACTIONAL GROSS AMOUNT | TRANSACTIONAL ADJUSTMENT | TRANSACTIONAL NET AMOUNT | TOTAL BEFORE TAX | TAX* | TOTAL CHARGES | BILLABLE Yes/No | NON-BILLABLE ZONE NAME | HIGH LEVEL CONTENT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7994-001 | KIM, ANNE | AKIM@BGRFIRM.COM | 2121 AVENUE OF THE STARS STE 2400; LOS ANGELES; CALIFORNIA; 90067-5048; UNITED STATES | AK | LEXIS® RESEARCH | ****NO USER GROUP DEFINED**** | ****NO MEMBER PROFILE NAME DEFINED**** | MAY-15-2020 | LEXIS ADVANCE | LEXIS ADVANCE | ACCESS CHARGE | ****NO RESEARCH DESCRIPTION**** | ****NO OTHER DESCRIPTION**** | 1 | $60.00 | $100.43 | $160.43 | $0.00 | $0.00 | $0.00 | $160.43 | $0.00 | $160.43 | YES | NO PAGE NAME IDENTIFIED | ****NO HIGH LEVEL CONTENT DEFINED**** |
| | | | | | | | | | ****NO PRICING CATEGORY DEFINED**** | LEXIS PUBLIC RECORDS | LEVEL 1 REPORT | ****NO RESEARCH DESCRIPTION**** | ****NO OTHER DESCRIPTION**** | 57 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | YES | NO PAGE NAME IDENTIFIED | ****NO HIGH LEVEL CONTENT DEFINED**** |
| | | | | | | | | | ****NO PRICING CATEGORY DEFINED**** | LEXIS PUBLIC RECORDS | LEVEL 1 SEARCH | ****NO RESEARCH DESCRIPTION**** | ****NO OTHER DESCRIPTION**** | 3 | $342.00 | $572.43 | $914.43 | $0.00 | $0.00 | $0.00 | $914.43 | $0.00 | $914.43 | YES | NO PAGE NAME IDENTIFIED | ****NO HIGH LEVEL CONTENT DEFINED**** |
| | | | | | | | | | ****NO PRICING CATEGORY DEFINED**** | LEXIS PUBLIC RECORDS | LEVEL 2 REPORT | ****NO RESEARCH DESCRIPTION**** | ****NO OTHER DESCRIPTION**** | 3 | $0.00 | $0.00 | $0.00 | $60.00 | $0.00 | $60.00 | $60.00 | $0.00 | $60.00 | YES | NO PAGE NAME IDENTIFIED | ****NO HIGH LEVEL CONTENT DEFINED**** |
| Sub-Total: | | | | | | | | | | | | | | | $402.00 | $672.86 | $1,074.86 | $60.00 | $0.00 | $60.00 | $1,134.86 | $0.00 | $1,134.86 | | | |
| Total: | | | | | | | | | | | | | | | $402.00 | $672.86 | $1,074.86 | $60.00 | $0.00 | $60.00 | $1,134.86 | $0.00 | $1,134.86 | | | |

**EXCHANGE RATE TO United States dollar**

| Date | Rate | From Currency | Base Currency |
|---|---|---|---|
| SEP-14-2020 | 1 | UNITED STATES DOLLAR | UNITED STATES DOLLAR |

**FINANCIAL ACCOUNT DETAILS**

424ZYLLVL | BROWNE GEORGE ROSS LLP

**Billing data reports include estimated taxes. The official invoice includes taxes based on actual usage for usage-based services or/and default location for non-usage-based services at invoice period end.**