BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP
Eric M. George (State Bar No. 166403)
  egeorge@bgrfirm.com
Kim S. Zeldin (State Bar No. 135780)
  kzeldin@bgrfirm.com
Eric A. Westlund (State Bar No. 293403)
  ewestlund@bgrfirm.com
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Telephone: (310) 274-7100
Facsimile: (310) 275-5697

Attorneys for Defendant
DANIEL "KEEMSTAR" KEEM, dba
DRAMAALERT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NICKO "ROMEO" LACOSTE, dba THE CALIFORNIA DREAM TATTOO,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL "KEEMSTAR" KEEM, dba DRAMAALERT,<br><br>Defendant. | Case No. 2:20-CV-02323-RGK-JPR<br><br>The Hon. R. Gary Klausner<br><br>**NOTICE OF LODGING [PROPOSED] AMENDED JUDGMENT IN FAVOR OF DEFENDANT DANIEL "KEEMSTAR" KEEM**<br><br>Date:         N/A<br>Time:        N/A<br>Courtroom: 850 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant, Daniel "Keemstar" Keem, dba Dramaalert ("Defendant" or "Keem") hereby lodges with the Court a [Proposed] Amended Judgment In Favor Of Defendant Daniel "Keemstar" Keem. The purpose of the amendment is to include the Court's subsequent award of attorneys' fees on September 1, 2020. Dkt. 56. The Court denied Keem's motion for costs without prejudice allowing Keem to file a renewed motion for costs, which Keem has elected not to file.

Dated: October 29, 2020  

BROWNE GEORGE ROSS O'BRIEN ANNAGUEY & ELLIS LLP
    Eric M. George
    Kim S. Zeldin
    Eric A. Westlund


By: _____*s/Eric A. Westlund*_____
      Eric A. Westlund
Attorneys for Defendant DANIEL "KEEMSTAR" KEEM, dba DRAMAALERT