UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NICKO "ROMEO" LACOSTE, dba THE CALIFORNIA DREAM TATTOO,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL "KEEMSTAR" KEEM, dba DRAMAALERT,<br><br>Defendant. | Case No. 2:20-CV-02323-RGK-JPR<br><br>The Hon. R. Gary Klausner<br><br>**[PROPOSED] AMENDED JUDGMENT IN FAVOR OF DEFENDANT DANIEL "KEEMSTAR" KEEM**<br><br>Action Filed:   March 10, 2020 |

Having considered Defendant's Motion to Strike Complaint Pursuant To C.C.P. § 425.16 and the papers filed in support thereof, and the Court having GRANTED Defendant's Motion in its entirety for the reasons set forth in its Order entered June 23, 2020; and having considered Defendant's Motion for Attorneys' Fees Following Issuance of Order Granting Anti-SLAPP Motion ("Fees Motion") and the papers filed in support thereof, and the Court having GRANTED in part Defendant's Fees Motion for the reasons set forth in its Order entered September 1, 2020;

IT IS HEREBY ORDERED AND ADJUDGED that:

1. Plaintiff Nicko "Romeo" Lacoste takes nothing in his action, that the above-captioned case be DISMISSED WITH PREJUDICE, and that judgment hereby is entered in Defendant's favor as to each of Plaintiff's causes of action;

2. Defendant is the prevailing party in this action;

3. Defendant is awarded $142,095 in fees.

This document constitutes a judgment and a separate document for the purposes of Federal Rule of Civil Procedure 58(a).

Dated: _____, 2020

_____
Hon. R. Gary Klausner
Judge of the United States District Court

Respectfully submitted,

BROWNE GEORGE ROSS O'BRIEN ANNAGUEY & ELLIS LLP

    Eric M. George
    Kim S. Zeldin
    Eric A. Westlund

By:    *s/Eric A. Westlund*
       Eric A. Westlund

Attorneys for Defendant DANIEL "KEEMSTAR" KEEM, dba DRAMAALERT