BROWNE GEORGE ROSS O'BRIEN ANNAGUEY & ELLIS LLP
Eric M. George, SBN 166403; egeorge@bgrfirm.com
Kim S. Zeldin, SBN 135780; kzeldin@bgrfirm.com
Eric A. Westlund, SBN 293403; ewestlund@bgrfirm.com
2121 Avenue of the Stars, Suite 2800, Los Angeles, CA 90067
Office: (310) 274-7100; FAX (310) 275-5697
Attorneys foir Defendant DANIEL "KEEMSTAR" KEEM dba DRAMAALERT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

NICKO "ROMEO" LACOSTE dba THE CALIFORNIA DREAM TATTOO,

Plaintiff(s)

v.

DANIEL "KEEMSTAR" KEEM, dba DRAMAALERT,

Defendants)

CASE NUMBER: 2:20-CV-02323-RGK-JPRx

**AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION**

*(check one)*  ☒ STATE OF CALIFORNIA, COUNTY OF LOS ANGELES
☐ STATE OF _____, COUNTY OF _____

I, Eric A. Westlund, Esq. hereby state under penalty of perjury that,

1. Judgment for $ 142,095.00 was entered on September 1, 2020 on the docket of the above-entitled action in the U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA in favor of DANIEL "KEEMSTAR" KEEM as Judgment Creditor, and against NICKO "ROMEO" LACOSTE as Judgment Debtor

*(If a Registered Judgment from another Court or District, include the following information)*

Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Civil Case No. 2:20-CV02323-RGK-JPRx in the United States District Court for the CENTRAL District of California and which has become FINAL.

**NOTE:** JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

2. I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.

3. ACCRUED since the entry of Judgment **in the** Central **District of** California are the following sums:

   $ 2,764.03 accrued interest, computed at 10 % *(see note)*
   $ _____ accrued costs

Credit must be given for payments and partial satisfaction in the amount of $ 0.00 which is to be credited against the total accrued costs and accrued interest, with any excess credited against the Judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Los Angeles  State of California , this 11th day of November 2020

s/Eric A. Westlund
*Signature*
ERIC A. WESTLUND

---

1694836.1
CV-24 (6/01)

**AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION**

American LegalNet, Inc.
www.Forms*Workflow*.com