1  BROWNE GEORGE ROSS
   O'BRIEN ANNAGUEY & ELLIS LLP
2  Eric M. George (State Bar No. 166403)
     egeorge@bgrfirm.com
3  Kim S. Zeldin (State Bar No. 135780)
     kzeldin@bgrfirm.com
4  Eric A. Westlund (State Bar No. 293403)
     ewestlund@bgrfirm.com
5  2121 Avenue of the Stars, Suite 2800
   Los Angeles, California 90067
6  Telephone: (310) 274-7100
   Facsimile: (310) 275-5697

7
   Attorneys for Defendant
8  DANIEL "KEEMSTAR" KEEM, dba
   DRAMAALERT

9

10            UNITED STATES DISTRICT COURT

11        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

12

| | |
|---|---|
| NICKO "ROMEO" LACOSTE, dba THE CALIFORNIA DREAM TATTOO, | Case No. 2:20-CV-02323-RGK-JPR |
| | The Hon. R. Gary Klausner |
| Plaintiff, | **REQUEST FOR APPOINTMENT OF PROCESS SERVER TO SERVE WRIT OF EXECUTION** |
| vs. | |
| DANIEL "KEEMSTAR" KEEM, dba DRAMAALERT, | **[Proposed Order Filed Concurrently Herewith]** |
| Defendant. | [Fed. R. Civ. Proc. 4(c)(3); L.R. 64-2] |

Pursuant to Federal Rule of Civil Procedure 4(c)(3) and Central District Local Rule 64-2, Defendant Daniel "Keemstar" Keem, dba Dramaalert ("Defendant" or "Keem") requests that: (1) any writ of execution issued by the clerk for the United States District Court, Central District of California, in the above-referenced case, may be served by a licensed and duly registered private process server of First Legal Support, Inc., in lieu of the United States Marshals Service because the U.S. Marshal of the Central District does not levy on writs; and (2) the United States Marshals Service remain the levying officer.

Dated:  November 13, 2020

BROWNE GEORGE ROSS O'BRIEN ANNAGUEY & ELLIS LLP
    Eric M. George
    Kim S. Zeldin
    Eric A. Westlund

By: *s/Eric A. Westlund*
    Eric A. Westlund
Attorneys for Defendant DANIEL "KEEMSTAR" KEEM, dba DRAMAALERT