UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NICKO "ROMEO" LACOSTE, dba THE CALIFORNIA DREAM TATTOO,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DANIEL "KEEMSTAR" KEEM, dba DRAMAALERT,<br><br>　　　　Defendant. | Case No. 2:20-CV-02323-RGK-JPR<br><br>The Hon. R. Gary Klausner<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT'S REQUEST FOR APPOINTMENT OF PROCESS SERVER TO SERVE WRIT OF EXECUTION [70]<br><br>[Fed. R. Civ. Proc. 4(c)(3); L.R. 64-2] |

///
///
///

1694781 1

1  The Court, having reviewed Defendant Daniel Keem's Request For An
2  Appointment of Process Server to Serve Writ of Execution, and good cause
3  appearing therefore, **HEREBY ORDERS** as follows:
4  1. Any writ of execution issued by the Clerk for the United States District
5  Court, Central District of California, in the above-referenced case, may be served by
6  a licensed and duly registered private process server of First Legal Support, Inc., in
7  lieu of the United States Marshals Service and;
8  2. The United States Marshals Service shall remain the levying officer.

10  **IT IS SO ORDERED.**

12  DATED: \_\_November 17\_\_\_\_\_, 2020

14  _Gary Klausner_
15  Hon. R. Gary Klausner
16  United States District Judge