UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 11 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NICKO LACOSTE, DBA The California Dream Tattoo, "Romeo", <br><br> Plaintiff-Appellant, <br><br> v. <br><br> DANIEL KEEM, DBA Dramaalert, "Keemstar", <br><br> Defendant-Appellee. | No.   20-55832 <br><br> D.C. No. 2:20-cv-02323-RGK-JPR <br> Central District of California, <br> Los Angeles <br><br> ORDER |

Pursuant to the stipulation of the parties (Docket Entry No. 10), this appeal is voluntarily dismissed with prejudice.  Fed. R. App. P. 42(b).

Costs and fees shall be allocated pursuant to the parties' stipulation.

A copy of this order sent to the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Terri Haugen
Deputy Clerk
Ninth Circuit Rule 27-7

tah/2.8.21/Pro Mo